**LAW OFFICES OF GIHAN THOMAS**
**A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
**Certified Specialist, Immigration and Nationality Law**
**State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone (310) 203-2242**
**Facsimile (310) 203-2287**

**CONSTRUCTIVE DETENTION**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**350 W 1ST STREET, SUITE 4311**
**LOS ANGELES, CA 90012**

| | |
|---|---|
| **In the Matter of:**<br><br>**BEHNAM, Mina Rafik Wadie**<br><br>***Petitioner*,**<br><br>**V.**<br><br>**ERNESTO SANTACRUZ JR., Acting Field Office Director for Immigration and Customs Enforcement and Removal Operations in Los Angeles;**<br>**TODD M. LYONS, Acting Director of the U.S. Immigration and Customs Enforcement;**<br>**MARKWAYNE MULLIN, Secretary of U.S. Department of Homeland Security;**<br>**TODD BLANCHE, Acting United States Attorney General,**<br><br>***Respondents.*** | **Case No.: 8:26-cv-2916** |

**PETITION FOR WRIT OF HABEAS CORPUS**

## INTRODUCTION

1. Petitioner Mina Rafik Wadie Behnam ("Behnam") came to the United States as a nonimmigrant visitor (Exhibit A-I-94 Arrival and Departure Record). Mr. Behnam filed an affirmative asylum application with the United States Immigration Services (USCS)(Exhibit B- Asylum Application Receipt). Behnam's application remained pending without any adjudication from the USCIS. However, on February 19, 2025, Mr. Behnam received a notice to appear ("NTA) charging him with removability for overstaying his visa, and placing him before removal proceedings with the Immigration Court. (Exhibit C- NTA). Behnam complied with the NTA and submitted written pleadings. His case was scheduled for a final hearing before the Immigration Court on February 11, 2027. (Exhibit D- Hearing Notice). Behnam is also married to a lawful permanent resident spouse. (Exhibit E-Marriage Certificate and LRP card of Spouse, Madonna). His spouse filed an alien relative petition on his behalf that remains also pending with the Service. (Exhibit F: I-130 Alien relative petition). On August 18, 2026, Behnam received a letter from Immigration and Custom Enforcement in Santa Ana demanding that he appears for a check in on September 10, 2026 at 9.00 am. (Exhibit G- ICE check in). Behnam did nothing wrong. However, he complied with the check in. He was then told that he needed to place an ankle monitor, that ICE abused its discretion without any orders from any Immigration judge and placed on his leg which is causing him both physical and mental pain. In addition, Behnam was subjected to intrusive ISAP check in that is making him feel that he is on a leash. (Exhibit H – Declaration of Behnam). See also ISAP Documents. (Exhibit I – ISAP)

2. A recent ICE policy shift, described in a June 9, 2025, memorandum, instructs ICE officials to adhere GPS-enabled ankle monitors to noncitizens "whenever possible."3 The internal memo from Acting Assistant Director Dawnisha Helland instructs agents to "escalate their supervision level to GPS ankle monitors . . . and increase reporting requirements" for individuals not being arrested ("Helland Memo"). ICE's blanket policy, as implemented by the Helland Memo, negates any individualized review that ICE, prior to June 9, 2025, conducted of a noncitizen before applying ankle monitoring. The Helland Memo mandates increased surveillance and carceral supervision conditions without consideration of a noncitizen's compliance history or other individualized analysis.

3. Ankle monitors and attendant supervision conditions are applied by ICE through its contract with BI Incorporated ("BI"), the subsidiary of private prison company GEO Group, Inc. ("GEO"). ISAP's reliance on GPS monitoring and other forms of surveillance are a significant revenue source for GEO. Each Alternatives to Detention ("ATD") participant generates approximately $3.70 in daily revenue for the private prison company. In the first six months of 2025, GEO reported a net income of $48.6 million5 and stands to further increase profits in light of ICE's new ATD policy.6

4. Now subjected to ICE's ISAP program, Petitioner is in a digital cage. He is forced to wear an intrusive and painful ankle monitor weighing six ounces, about the same as a regulation hockey puck. His every move is subject to 24/7 GPS monitoring by ICE. His travel is restricted. He is tormented with the constant barrage of reporting requirements and the threat of re- detention, exacerbating his pre-existing mental health conditions.

5. ICE's decision to place Petitioner in another form of custody co violates the Due Process Clause of the Fifth Amendment of the United States Constitution, the Administrative

Procedure Act ("APA"), the Accardi doctrine, which obligates administrative agencies to follow their own rules, and a non-statutory right against ultra vires agency action. Accordingly, Petitioner respectfully asks this Court to order his immediate release from his unlawful continuing custody that was not authorized by anyone, exception ICE abusive policies.

6. Pursuant to 28 U.S.C. § 2243, Petitioner respectfully requests an order to show cause be issued within three days.

**JURISDICTION & VENUE**

7. Petitioner is currently in federal immigration constructive custody and seeks habeas corpus relief for ongoing violations of the U.S. Constitution, the Administrative Procedure Act, federal statutes, and applicable regulations. This Court has jurisdiction pursuant to 28 U.S.C. § 2241 (the general grant of habeas authority to the district court); Art. I § 9 cl. 2 of the U.S. Constitution ("Suspension Clause"); and 28 U.S.C. § 1331 (federal question jurisdiction).

8. Federal district courts have jurisdiction to hear habeas claims by noncitizens challenging the lawfulness of their custody. See, e.g., *Zadvydas v. Davis*, 533 U.S. 678, 687 (2001).

9. As the subject of ongoing governmental supervision through ISAP, Petitioner remains in government custody, infringing upon his "liberty to do those things which in this country free men are entitled to do," as fundamentally protected by the Due Process Clause. See Jones v. Cunningham, 371 U.S. 236, 243 (1963); *Justices of Boston Mun. Ct. v. Lydon*, 466 U.S. 294, 300-01 (1984) (holding that petitioner released on recognizance subject to conditions such as appearance as ordered by court is "in custody" for habeas purposes); *Romero v. Sec'y, U.S. Department of Homeland Security*, 20 F.4th 1374, 1379 (11th Cir. 2021) (the "in custody" requirement of 28 U.S.C. § 2241 "should be construed 'very

liberally" and habeas petitioners "need only show that they are subject to a significant restraint on their liberty that is not shared by the general public." (quoting *Howard v. Warden,* 776 F. 3d 772, 775 (11th Cir. 2015))).

10. Recently, district courts have found that ISAP GPS monitoring constitutes a restraint on liberty so great as to be "in custody" for habeas purposes. See *Orellana v. Moniz*,---F.Supp.3d---, 2025 WL 1698600 (D. Mass. June 11, 2025) (finding that additional conditions of release imposed by ICE satisfied "in custody" requirement for § 2241 habeas release); *Flores Salazar v. Moniz*, 2025 WL 1703516 (D. Mass. June 11, 2025) (same).

11. Federal courts also have federal question jurisdiction, through the APA, to "hold unlawful and set aside agency action" that is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2)(A). APA claims are cognizable through habeas. 5 U.S.C. § 703 (providing that judicial review of agency action under the APA may proceed by "any applicable form of legal action, including actions for declaratory judgments or writs of prohibitory or mandatory injunction or habeas corpus"). The APA affords a right of review to a person who is "adversely affected or aggrieved by agency action." 5 U.S.C. § 702. Respondents' ongoing custody of Petitioner has adversely and severely affected Petitioner's liberty and freedom.

12. The case arises under the Immigration and Nationality Act (INA), 8 U.S.C. § 1101 et seq., the regulations implementing the INA, the Administrative Procedure Act (APA), 5 U.S.C. §§ 551-559 et seq.; and 5 U.S.C. § 552 et. seq. Jurisdiction is proper under 28 U.S.C. § 1331, as this action arises under the laws and Constitution of the United States. The government has waived its sovereign immunity pursuant to 5 U.S.C. § 702.

13. Venue is proper in this district and division pursuant to 28 U.S.C. § 2241(c)(3) and 28 U.S.C. § 1391(b)(2) and (e)(1) because Petitioner is in the custody of the Santa Ana ICE Field Office, in California, within the jurisdiction of the Southern District of Central District of California. In addition, a substantial part of the events giving rise to this action occurred and continues to occur within this district. Petitioner is a resident of Arcadia, Los Angeles, CA.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

14. Exhaustion is not required in this case because no alternative forum exists in which Behnam can obtain relief on the claims presented here, nor is there any statutory requirement that Behnam exhaust remedies before seeking habeas relief under 28 U.S.C. § 2241. See *Callwood v. Enos*, 230 F.3d 627, 634 (3d Cir. 2000) ("[T]here is no statutory exhaustion requirement attached to § 2241[.]"). Behnam's claims—that his ongoing custody by Respondents outside the scope of any order by any Immigration Judge is unlawful and unconstitutional—are not subject to any statutory requirements of administrative exhaustion, and thus, exhaustion is not a jurisdictional prerequisite. See *McCarthy v. Madigan*, 503 U.S. 140, 144 (1992). The ankle bracelet and the extensive ISAP was only ordered by ICE officers, in excess of their powers.

15. Exhaustion is also not required before seeking judicial review of an agency decision when otherwise not required by the APA. See *Darby v. Cisneros*, 509 U.S. 137, 154 (1993) (holding that courts do not have the authority to require a plaintiff to exhaust available administrative remedies before seeking judicial review under the APA, where neither the relevant statute nor agency rules specifically mandate exhaustion as a prerequisite to judicial

review); Jie Fang v. Dir. U.S. Immigr. & Cust. Enfor., 935 F.3d 172, 181 (3d Cir. 2019) (reaffirming Darby).

16. Further, the ongoing deprivation of Behnam's liberty interest ultimately weighs against requiring administrative exhaustion. See *McCarthy,* 503 U.S. at 147 (finding that exhaustion might not be required if petitioner challenged an ongoing deprivation of his liberty interest). The Supreme Court has recognized that courts should not require exhaustion where there is an unreasonable or indefinite timeframe for administrative action. Exhaustion is thus not appropriate where plaintiff "may suffer irreparable harm if unable to secure immediate judicial consideration of his claim." *Id.* at 147. Behnam has a constitutionally protected liberty interest in his freedom from government custody. *Zadvydas*, 533 U.S. at 690. His unlawful, indefinite constructive custody by Respondents constitutes irreparable harm. See *Seretse-Khama v. Ashcroft*, 215 F. Supp.2d 37, 53 (D.D.C. 2002).

17. In any event, here, Behnam has already exhausted all administrative remedies available to him. He is tormented and feels both physical pain and emotional trauma. He asked the ICE officer to please not place the monitor as he is good abiding citizen, however, the ankle monitor was placed. (Behnam's Declaration). Behnam challenges ICE's imposition of an alternative form of custody and additional ISAP monitoring which was not authorized by any Judge in his removal proceedings.

18. Accordingly, Behnam has exhausted his administrative remedies to the extent required by law and his only remedy is by way of this judicial action.

## PARTIES

19. Petitioner Behnam is a citizen and national of Egypt. He has a pending asylum application and a pending I-130 petition filed by his LPR spouse.

20. Respondent Ernesto Santa Cruz ICE's Acting Field Office Director Field Office of ICE Enforcement and Removal Operations. Behnam is currently constructively detained within this area of responsibility and, as such, Respondent is a legal custodian of Behnam. Upon information and belief, Respondent is responsible for the decision to apply the ankle monitor and other ISAP conditions to Behnam. He is sued in his official capacity.

21. Respondent, Markwayne Mullin, is sued in his official capacity as the Secretary of the U.S. Department of Homeland Security (DHS). In this capacity, he is responsible for overseeing ICE's day-to-day operations, leading approximately 20,000 ICE employees, including Respondent Lyons. Secretary Mullin is the ultimate legal custodian of Behnam.

22. Respondent Todd Blanche, Acting Attorney General of the United States. As Attorney General, Respondent Blanche oversees the immigration court system, and is responsible for the administration of immigration laws pursuant to 8 U.S.C. § 1103(g). He is legally responsible for administering Behnam's removal, including the standards used in those proceedings, and as such, he is Behnam's's legal custodian. He is sued in her official capacity.

23. Respondent Todd Lyons is sued in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, and as such is the legal custodian of Behnam.

## RELEVANT BACKGROUND AND STATEMENT OF FACTS

**Statutory and Regulatory Background on Immigration Custody Proceedings**

24. 8 U.S.C. § 1226(a) authorizes both ICE and the Attorney General to detain or release noncitizens who are not subject to mandatory detention during the pendency of removal proceedings. See 8 U.S.C. § 1226(a)(1), (2) (the Attorney General "may continue to detain the arrested alien" pending removal proceedings or it "may release the alien" on bond in the amount of at least $1500, or on "conditional parole"). This authority is not co-extensive, while ICE is authorized to make decisions about who to arrest, place into removal proceedings, and initially detain, the Attorney General, acting through the Executive Office of Immigration Review (EOIR), may review that initial determination. EOIR consists of the immigration courts, and the Board of Immigration Appeals (BIA), the highest immigration administrative appeals body at DOJ. See 8 C.F.R. § 1003.0.

25. This process begins with ICE. After a noncitizen has been placed into removal proceedings, ICE may "arrest[] and take[] [them] into custody." 8 C.F.R. 236.1(b)(1). ICE may also release noncitizens and set conditions of release, except for those subject to mandatory detention. 8 C.F.R. 236.1(c)(8). ICE's initial custody determination is not final—the noncitizen can seek de novo review of ICE's initial custody or bond determination under 8 U.S.C. § 1226(a) with an immigration judge. See 8 C.F.R. §§ 1003.19(a) ("Custody and bond determinations made by [ICE] pursuant to 8 CFR part 1236 may be reviewed by an Immigration Judge pursuant to 8 CFR part 1236."); 8 C.F.R. 1236.1(d)(1) (describing how "[a]fter an initial custody determination by the district director [ICE] . . . the immigration judge is authorized to exercise the authority in section 236 of the Act. . . to detain the alien in custody, release the alien, and determine the amount of bond, if any, under which the

respondent may be released. . .").7 This shifts jurisdiction from the arresting agency to the immigration court. *Id.*; see *Nielsen v. Preap*, 586 U.S. 392, 397-98, (2019) (describing how the Secretary of Homeland Security has discretion to detain or release a noncitizen and if that noncitizen is detained, he or she may seek review of his detention first with ICE, and then by an Immigration Judge); *Johnson v. Guzman Chavez*, 594 U.S. 523, 527–28 (2021) (after the initial detention determination, a petitioner may request a bond hearing before an IJ, who has the authority to redetermine "the alien's detention conditions.").

26. The IJ will then schedule a "custody redetermination hearing" to review ICE's decision, consider evidence by both parties including ICE counsel, and then issue a decision about whether to release a noncitizen on bond. Like ICE, IJs also have the authority to impose additional conditions on a noncitizen's release in addition to a cash bond, as the BIA has repeatedly recognized. See *Matter of Garcia-Garcia*, 25 I&N Dec. 93, 96 (BIA 2009) (holding that IJs have authority to impose, modify, or remove conditions when releasing an individual).

27. The IJ's decision must be entered on a form at the time the decision is made, and both the noncitizen and ICE must be informed of the decision orally or in writing. 8 C.F.R. § 1003.19(f). Both the noncitizen and ICE may appeal the IJ's decision on custody or bond to the Board of Immigration Appeals ("BIA"). Id. §§ 1003.1(d)(1), 1236.1(d)(3)(i). During removal proceedings, if ICE changes the location, releases, or re-detains a previously released noncitizen, it must immediately notify the IJ. *Id.* § 1003.19(g). The regulation also allows noncitizens to request a subsequent bond redetermination "upon a showing that the alien's circumstances have changed materially since the prior bond redetermination." 8 C.F.R. § 1003.19(e).

28. The regulations governing custody redetermination hearings provide for only two circumstances in which an IJ's bond order may be modified: (1) the noncitizen or ICE may appeal the IJ's custody redetermination to the BIA, see 8 C.F.R. § 1003.19(f); and (2) a noncitizen may later request a new custody re-determination hearing upon a showing of materially changed circumstances, see *Id*. § 1003.19(e) .

**ICE,s Intensive Supervision Appearance Program**

29. ICE's Alternatives to Detention ("ATD") program is "a [noncitizen] compliance tool overseen by [Enforcement and Removal Operations]." Electronic monitoring first became a part of ICE,s ATD program in 2004, when Congress appropriated funding to DHS to create two new programs, including ISAP.

30. In recent years, the ATD program has rapidly expanded.10






31. In 2015, ICE reported that 26,625 people were enrolled in ISAP. That number increased by nearly 300% in 2019, with over 100,000 people enrolled in ISAP, and then tripled in 2022, with over 320,000 people enrolled in ISAP.11

32. The Helland Memo directs ICE Field Offices to expand the number of individuals subjected to ISAP. The new policy instructs ICE officials to monitor with GPS-enabled ankle monitors "whenever possible" and to "escalate their supervision level to GPS ankle monitors . . . and increase reporting requirements" for individuals not being arrested. 12

33. Data indicates that ICE currently monitors 182,584 families and single individuals through its ATD programs

34. The largest ICE ATD program is ISAP, which is administered by contractor BI Incorporated through its case specialists.15 Under ISAP, individuals may be assigned to various forms of

electronic monitoring technologies, including ankle monitors, telephonic reporting, and/or the smartphone application "SmartLINK." They may also be required to comply with periodic home and/or office visits. 16 ICE Enforcement and Removal Operations ("ERO") determines the intensity of the supervision and monitoring technology.17

35. According to a U.S. Government Accountability Office ("GAO") report from 2022, ICE ATD headquarters considers the ISAP handbook to be the program's standard operating procedure, and it is therefore reasonably understood as binding policy on ICE ATD officials.

**Petitioner's Immigration History**

36. Behnam was born in Sohag, Egypt. His asylum application was never adjudicated with the Service and was referred to the EOIR with no reason. Through the unadjudicated asylum application, Behnam received a work permit. Behnam works as a temporary dental assistant. He and his wife pay their taxes (Exhibit J – Joint Taxes). Behnam is currently a dental student at Western University in Pomona studying to become a dentist (Exhibit K-Dental School Enrollment). Behnam has no prior arrests or criminal records. Yet, ICE summoned him, on their own initiative on September 10, 2026, and decided unilaterally to place him on a leash with the ISAP program and also place an ankle monitor that causes him pain, suffering, physical and emotional harm. ICE's forced enrollment of Behnam in ISAP, applying an ankle monitor with 24/7 GPS monitoring and other onerous reporting requirements and conditions. Such placements have placed Behnam in another form of detention that is more abusive causing him physical harm, prompting medical attention.

**Behnam Was Never Ordered by Any Immigration judge to be Subject to ICE ankle Monitoring or Extensive ISAP Monitoring**

37. Without any prior order by an Immigration Judge, ICE placed in the "Pre-Order" supervision plan and ordered him to comply with office visits, ISAP case management, ISAP court tracking, and ISAP home visits, in addition to **wearing the ankle monitor**. ISAP Paperwork..

38. DHS provided Petitioner with paperwork detailing the requirements of his ISAP supervision and also gave him verbal instructions. Altogether, DHS instructed Behnam that he must fully comply with the following restrictions and requirements:

    i. Behnam must wear the ankle monitor 24/7. The ankle monitor may emit messages. To hear or stop hearing messages from the ankle monitor, a person must tap it twice. Id.

    ii. Behnam must charge the battery of the ankle monitor for two to three hours daily before going to sleep. *Id.* To charge the ankle monitor, Behnam has to attach a battery to the ankle monitor. The ankle monitor beeps at night when it needs to be charged and beeps again when charging is completed.

    iii. Behnam cannot play or do any improper movement that could be excessive because this could lead to a false alert that he is tampering with the ankle monitor. *Id*.

    iv. Behnam must attend regular in-person office visits and virtual office visits.

    v. Behnam must attend in-person home visits. There is not a specific time for the home visits; rather, Behnam must be home and available the entire day. Behnam is also required to report via the SmartLINK phone application. *Id*.

vi. Behnam's movement is restricted to a geographic area of California. He must secure advance permission to travel outside or to move addresses that are outside the jurisdictional area. The geographic restrictions also apply even if he has work in another state. If he wishes to travel to another state, even for work, he has to secure permission in advance. Id.

39. Behnam has remained on 24/7 digital supervision since the ankle monitor was placed on him. Behnam states that this has been a “horrible” experience for him that has “interfered with [his] sleep, made [him] embarrassed to go out in public, and made [him] afraid of being discriminated against.”

40. The ankle monitor weighs heavy on Behnam because he constantly fears that the battery will die, and he will be blamed and re detained. The ankle monitor beeps and vibrates throughout the night whenever the battery needs to be charged and again when charging is complete.

41. Furthermore and most importantly, Behnam has suffered injury as a result of the ankle and had to be admitted to the emergency room at Kaiser Permanent Hospital on September 30, 2026 showing recurrent blister, bruising and irritation due to the wear of an ankle monitor. (Exhibit L: - Hospital Record). Behnam is currently under treatment. (Exhibit M: Prescriptions) and photos of his injuries (Exhibit N – Photos). On October 4, 2026, Behnam feeling very stressed was admitted to the hospital again for high blood pressure, a first in his life due to the pressure caused by the ankle monitor. (Exhibit O: Kaiser Permanent).

42. The fear that the ankle monitor’s battery will die has also changed his daily routines and social life, further psychologically tormenting him. Prior to having the ankle monitor surveillance, Behnam had a routine of going to work, attending the Coptic Church and partaking in sacraments, commingling with his students during semester break; meeting

friends, going out with his wife and meeting friends. However, the ankle monitor is physically uncomfortable and hot on his skin, and it is burdensome to Behnam to carry the heavy, bulky charger for it everywhere he goes in case the battery happens to run low while he is out.

43. Moreover, the ankle monitor is also causing Behnam significant emotional distress. Behnam reports that the ankle monitor makes him feel ashamed, and he experiences anxiety that people in public will see the monitor and assume that he is a criminal or a terrorist. Out of embarrassment from being openly shackled and fear that he will face prejudicial or discriminatory treatment, Behnam has stopped going out and limited other social activities, furthering his isolation.

44. Behnam is also worried about the impact of the ankle monitor on his LRP spouse is now pregnant with their first baby. He feels the stress that is now shifting to his wife which is not good for her pregnancy. Behnam also works as a dental assistant at the University and feels so embarrassed to meet and help treat patients. He always feels that even his classmates, his superiors, and or the patients would perceive him as suspicious.

45. Despite Behnam's best intentions and efforts to comply with his ISAP and ankle monitor reporting requirements, the challenge of keeping up with the surveillance obligations has become a new source of anxiety for him. He now lives in constant fear that his ankle monitor will run out of battery and he will be unable to recharge it, or that he will miss a reporting requirement on the app which sometimes does not allow him to log in. Behnam dreads the possibility of being penalized for the slightest error or mishap related to his ankle monitor. In sum, the ankle monitor has added new stressors to his life and caused his to live in constant fear that he will be sent to detention.

## CLAIMS FOR RELIEF

## COUNT ONE:

### VIOLATION OF THE FIFTH AMENDMENT OF THE U.S. CONSTITUTION

### Substantive Due Process

46. Behnam realleges all paragraphs above as if fully set forth here.

47. "Freedom from imprisonment—from government custody, detention, or other forms of physical restraint—lies at the heart of the liberty that [the Due Process] Clause [of the Fifth Amendment] protects." *Zadvydas*, 533 U.S. at 690. Under the substantive due process doctrine, restraints on liberty associated with civil detention are only permissible if they serve a "legitimate nonpunitive objective." *Kansas v. Hendricks*, 521 U.S. 346, 363 (1997).

48. ISAP "relies on the use of electronic ankle monitors, biometric voice recognition and image recognition software, unannounced home visits, employer verification, and in-person reporting to supervise participants." *Mathon v. Searls*, 623 F. Supp. 3d 203, 217 (W.D.N.Y. 2022). The program can be understood as "a form of supervised parole." *Nken v. Napolitano*, 607 F. Supp. 2d 149, 151 (D.D.C. 2009).

49. Behnam's ankle monitor and extensive ISAP constitutes a "significant restraint on [his] liberty," where his movements and daily activities are restricted and subject to 24/7 surveillance. *Romero*, 20 F.4th at 1379.

50. Respondents' imposition of electronic surveillance on Behnam serves no legitimate nonpunitive objective. Neither public safety nor flight risk are an issue here.

51. Because Respondents have no legitimate nonpunitive objective in imposing electronic surveillance on Behnam, and they have no Orders received from any Judge, they violated the substantive due process clause doctrine of the Fifth Amendment.

**COUNT TWO:**

**VIOLATION OF THE FIFTH AMENDMENT OF THE U.S. CONSTITUTION**

**Procedural Due Process and unlawful detention**

52. Behnam realleges all paragraphs above as if fully set forth here.

53. "Procedural due process imposes constraints on governmental decisions which deprive individuals of liberty" under case law interpreting the Due Process Clause. *Mathews v. Eldridge*, 424 U.S. 319, 332 (1976). "The fundamental requirement of due process is the opportunity to be heard at a meaningful time and in a meaningful manner." Id. at 333.

54. Under *Mathews v. Eldridge*, courts must balance three factors to determine whether procedural due process is satisfied: (1) the private interest at issue; (2) the risk of erroneous deprivation of that interest through the procedures used, and the probable value, if any, of additional procedural safeguards; and, (3) the Government's interest, including fiscal and administrative burdens that additional or substitute procedural requirements entail. Id. at 333.

55. The first factor, the private interest at issue, favors Petitioner. "Freedom from imprisonment—from government custody, detention, or other forms of physical restraint—lies at the heart of the liberty that [the Due Process] Clause [of the Fifth Amendment] protects." Zadvydas, 533 U.S. at 690 (emphasis added).

56. Here, the private interest at stake is Behnam's freedom from the government's ongoing surveillance through ankle monitoring, which has significantly and severely interfered with his quality of life by preventing her from his daily activities, and inflicting constant physical pain and discomfort, causing daily psychological distress, and subjecting him to social stigma and ridicule. In light of the government's new policy encouraging blanket application of ankle monitors, Behnam faces the prospect of having this infringement on his liberty interest continue indefinitely.

57. The second factor, the risk of erroneous deprivation of liberty, favors Behnam. In fact, here, an "erroneous deprivation" of Behnam's liberty interest is not merely at risk, it has been realized and may continue indefinitely because the process available to him to challenge the conditions of his custody, which was only authorized unilaterally by ICE. When the government imposing surveillance, the risk of erroneous deprivation of liberty is not just high—it is certain.

58. The third factor, the government's interest, also favors Behnam. There is no interest to the government as Behnam has been residing in the US. He is a dental student soon to become a dentist. He works as a dental assistant. He is married to an LPR spouse who is expecting their first baby. He has no crimes. He is a good Christian who attends church. There is no government interest to take the liberty of Behnam as it serves no purpose since he came forward applied for an affirmative asylum and has been waiting the government for years to adjudicate his case.

59. For these reasons, the imposition of electronic surveillance on Behnam violates the procedural due process doctrine of the Fifth Amendment.

60. .

**COUNT THREE**

**VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT, 5 U.S.C. § 706(2)(A)**

**Arbitrary and Capricious**

61. Behnamrealleges all paragraphs above as if fully set forth here.

62. In *Harrington v. Albarran*, No. 4:26-cv-01889 (N.D. Cal. 2026). The Northern District Court held that a petitioner who was subject to 24/7 ankle monitoring, geographic restrictions, and required ISAP appearances remained "in custody." The court expressly said those conditions satisfied the Supreme Court's definition of custody in *Jones v. Cunningham,* 371 U.S. 236 (1963). *See also N-N- v. McShane*, No. 25-5494 (E.D. Pa. Nov. 10, 2025), 2025 WL 3143694. The court found the argument that an ankle monitor does *not* constitute custody "not ... persuasive in the slightest."

63. Under the APA, a court shall "hold unlawful and set aside agency action . . . found to be arbitrary [or] capricious." 5 U.S.C. § 706(2)(A).

64. ICE's policy of imposing restraints on liberty is arbitrary and capricious because it violates statute, regulation, and the Constitution, as described above in Counts One and Two,.

65. ICE's policy also "failed to consider important aspects of the problem" before the agency, rendering it arbitrary and capricious in multiple respects. *Dep't of Homeland Sec. v. Regents of the Univ. of California*, 140 S. Ct. 1891, 1910 (2020).

66. First, the policy fails to address the serious constitutional concerns arising from a practice to harming the liberty interests of people adjudicated to not need surveillance in order to guarantee court appearance and harms caused to the rule of law by agency action that fails to follow reasoned decision-making.

67. Second, the policy ignores the increased administrative burden on the government caused by subjecting people to unnecessary electronic surveillance and reporting, including financial costs to the government from contracts for services with private companies that run surveillance programs and personnel costs spent on processing unnecessary requests for surveillance.

68. Third, this policy would vindicate the government's interests in imposing surveillance on people likely to abscond and save it the unnecessary expense of imposing surveillance on those who do not need it in order to guarantee court appearance.

69. Fourth, the policy fails to consider the substantial reliance interests of people subject to unwarranted surveillance..

70. For these and other reasons, ICE's policy is arbitrary and capricious.

## COUNT FOUR

## VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT, 5 U.S.C. § 706(2)(C)

### In Excess of Statutory Authority

71. Behnam realleges all paragraphs above as if fully set forth here.

72. Under the APA, a court shall “hold unlawful and set aside agency action . . . found to be . . . in excess of statutory jurisdiction, authority, or limitations, or short of statutory right.” 5 U.S.C. § 706(2)(C).

73. “An agency . . . literally has no power to act—including under its regulations— unless and until Congress authorizes it to do so by statute.” *FEC v. Cruz*, 596 U.S. 289, 301 (2022) (internal quotation marks and citation omitted).

74. No statute authorizes ICE to restrain the liberty of people 24 hours 7 days a week. .A construction detention that causes both physical and mental harm.

75. ICE’s policy is in excess of statutory jurisdiction, authority, or limitations, or short of statutory right.

**COUNT FIVE**

76. Petitioner has non-statutory right of action to declare unlawful, set aside, and enjoin Respondents’ ultra vires actions.

**PRAYER FOR RELIEF**

WHEREFORE, Petitioner respectfully requests that this Court:

a) Assume jurisdiction over this matter;

b) Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately from remove the ankle monitor and release him from the extensive ISAP monitoring that was not authorized by any judge;

c) Enjoin defendants from imposing electronic surveillance and supervision requirements in the future

d) Declare unlawful, set aside, and enjoin from carrying out defendants' policy and practice of imposing additional restraints on liberty

e) Grant any further relief this Court deems just and proper.

Dated: October 5, 2026

Respectfully Submitted,

//s//, GIHAN L. THOMAS

Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization

**VERIFICATION BY SOMEONE ACTING ON PETITIONER'S BEHALF PURSUANT TO 28 USC SECTION 2242**

I am submitting this verification on behalf of Petitioner because I am Petitioner's attorney. I have discussed with Petitioner the events described in this Petition. Based on those discussions, I hereby verify that the factual statements made in this Petition for Writ of Habeas Corpus are true and correct to the best of my knowledge.

//s//, *GIHAN L. THOMAS* Date: October 5, 2026

Gihan L. Thomas

Attorney for Petitioner

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

//s//, *GIHAN L. THOMAS* Date: October 5, 2026

Gihan L. Thomas

Attorney for Petitioner

**LIST OF EXHIBITS OF THE SUPPORTING DOCUMENTS**

**A.** I-94 Arrival and Departure Record of Behnam

**B.** Asylum Application Receipt

**C.** Notice to Appear placing Behnam in Removal Proceedings

**D.** Immigration Court final hearing – February 11, 2027

**E.** Marriage Certificate between Behanm and his LPR spouse – LPR card of the spouse

**F.** I-130 Petition Filed by the LPR spouse to Behnam

**G.** ICE Summons Letter dated August 18, 2026 requesting Behnam to ICE office on September 10, 2026

**H.** Behnam's Declaration and Sworn Statement

**I.** ISAP Monitoring System

**J.** Joint Taxes Filed by Behnam and spouse

**K.** Proof of Enrollment as a Dental Student to become a Dentist at the University of Pomona

**L.** Kaiser Permanent Hospital Record – September 30, 2026

**M.** Prescriptions for his Injuries

**N.** Photos of his Injuries

**O.** Kaiser Permanent Hospital Record – October 4, 2026

# Exhibit A

For: **MINA RAFIK WADIE BEHNAM**

U.S. Customs and Border Protection
*Securing America's Borders*

## Most Recent I-94

**Admission (I-94) Record Number : 549584640A3**
**Most Recent Date of Entry: 2023 September 18**
**Class of Admission : B1**
**Admit Until Date : 03/17/2024**
**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | RAFIK WADIE BEHNAM |
| First (Given) Name : | MINA |
| Birth Date : | 1993 May 25 |
| Document Number : | A25417237 |
| Country of Citizenship : | Egypt |

Get Travel History

- Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).
- If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.
- Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date:

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

protected by reCAPTCHA

Privacy - Terms

# Exhibit B

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number MGL2421846969 | | Case Type I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|---|
| Received Date 02/05/2024 | Priority Date | Applicant A233 837 400 BEHNAM, MINA RAFIK WADIE |
| Notice Date 02/05/2024 | Page 1 of 2 | |

MINA BEHNAM
c/o MINA BEHNAMThomas
11868 WESTMINSTER CT
LOMA LINDA CA 92354

**Notice Type:** Receipt Notice

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589, Application for Asylum and for Withholding of Removal was received and is pending as of 02/05/2024.

You may remain in the United States until your asylum application is decided. Having a pending asylum application with USCIS does not preclude U.S. Immigration and Customs Enforcement (ICE) or U.S. Customs and Border Protection (CBP) from placing you into removal proceedings. If you wish to leave the United States while your application is pending, you must obtain advance parole or, for Temporary Protected Status (TPS) recipients, approval of Form I-512T, Authorization for Travel by a Noncitizen to the United States (sometimes referred to as MTINA TPS travel authorization), from USCIS or you may be considered to have abandoned your asylum application. You must report a change of address to USCIS within 10 days of moving by following the instructions on the How to Change Your Address webpage (https://www.uscis.gov/addresschange). Changing your address with the U.S. Postal Service will not change your address with USCIS.

BIOMETRICS APPOINTMENT AND ASYLUM INTERVIEW NOTICES:

You will receive a notice informing you when you and those listed on your application as a spouse or child dependent must appear at an Application Support Center (ASC) for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or child dependent must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

**WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.**

EMPLOYMENT AUTHORIZATION:

You may file a Form I-765, Application for Employment Authorization, based on your pending asylum application 150 days after you filed your asylum application. You are not eligible to receive an Employment Authorization Document (EAD) until your asylum application has been pending for at least another 30 days, for a total of 180 days. 8 CFR 208.7(a)(1). The 150-day waiting period and the 180-day eligibility period, commonly referred to as the 180-Day Asylum EAD Clock, do not include delays that you request or cause while your asylum application is pending with an asylum office or with the Immigration Court. 8 CFR 208.7(a)(2).

Delays requested or caused by the applicant may include:

- A request to transfer a case to a new asylum office or interview location, including when the transfer is based on your change of address;
- A request to reschedule an interview for a later date;
- Failure to appear at an interview or biometrics appointment;
- Failure to provide a competent interpreter at an interview (if required);
- A request to provide additional evidence at or after an interview;
- The submission of large volumes of evidence immediately before an interview that requires a reschedule; and
- Failure to receive and acknowledge an asylum decision in person (if required).

Applicant(s):

| Alien Number | Name |
|---|---|
| A233 837 400 | BEHNAM, MINA |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Los Angeles Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 2003
Tustin CA 92781-2003

**USCIS Contact Center: www.uscis.gov/contactcenter**

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for People with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) for help in English or Spanish. Asylum and NACARA 203 applicants must call to make their request.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.

# Exhibit C

Uploaded on: 02/19/2026 at 09:58:53 AM (Pacific Standard Time) Base City: SNC

DEPARTMENT OF HOMELAND SECURITY

# NOTICE TO APPEAR

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

File No: A233837400

In the Matter of:

Respondent: MINA RAFIK WADIE BEHNAM currently residing at:

190 CITY BLVD W, ORANGE, CA, 92868 (184) 021-39872

(Number, street, city, state and ZIP code) (Area code and phone number)

☐ You are an arriving alien.

☐ You are an alien present in the United States who has not been admitted or paroled.

☒ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of Egypt and a citizen of Egypt;
3. You were admitted to the United States at Los Angeles, California on or about September 18, 2023, as a nonimmigrant B-1 Temporary Visitor for Business, with authorization to remain in the United States for a temporary period not to exceed March 17, 2024;
4. You were a beneficiary of a Form I-130, Petition for Alien Relative, filed on your behalf to establish a qualifying relationship with an eligible petitioner on July 01, 2025, and U.S. Citizenship and Immigration Services (USCIS) acknowledged the withdrawal of this petition on October 10, 2025;

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30 ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

1241 E DYER RD, STE 200, SANTA ANA, CA, 92705

*(Complete Address of Immigration Court, including Room Number, if any)*

on 2026-03-23 *(Date)* at 08:30 AM *(Time)* to show why you should not be removed from the United States based on the charge(s) set forth above. /S/ M. ARSHAD SUPERVISORY IMMIGRATION SERVICES OFFICER

*(Signature and Title of Issuing Officer)*

Date: 2026-02-19 LAGUNA NIGUEL, CALIFORNIA

*(City and State)*

EOIR – 1 of 4

Uploaded on: 02/19/2026 at 09:58:53 AM (Pacific Standard Time) Base City: SNC

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.
**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at **www.uscis.gov/i-589**. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at **http://www.ice.gov/contact/ero**, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

U.S. Citizenship Claims: If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

Upon information and belief, the language that the alien understands is ENGLISH

## Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: ______________________ (Signature of Respondent)

Date: ______________

______________________ (Signature and Title of Immigration Officer)

## Certificate of Service

This Notice To Appear was served on the respondent by me on 2026-02-19, in the following manner and in compliance with section 239(a)(1) of the Act.

☐ in person ☐ by certified mail, returned receipt # ________ requested ☒ by regular mail

☐ Attached is a credible fear worksheet.

☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the ______________ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

______________________ (Signature of Respondent if Personally Served)

/S/ C. YEOMANS SENIOR IMMIGRATION SERVICES OFFICER (Signature and Title of officer)

EOIR – 2 of 4

## Privacy Act Statement

**Authority:**
The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**
You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**
For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**
Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-862

| Alien's Name | File Number | Date |
|---|---|---|
| MINA RAFIK WADIE BEHNAM | A233837400 | 2026-02-19 |

Allegations:

5. You remained in the United States beyond March 17, 2024, without authorization from the Immigration and Naturalization Service or its successor the Department of Homeland Security.

| Signature | Title |
|---|---|
| /S/ *M. ARSHAD* | SUPERVISORY IMMIGRATION SERVICES OFFICER |

EOIR – 4 of 4

# Exhibit D

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
SANTA ANA IMMIGRATION COURT

LEAD FILE: 233-837-400
IN REMOVAL PROCEEDINGS
DATE: May 12, 2026
EAD Clock: 50 days elapsed

TO: LAW OFFICES OF GIHAN THOMAS
Thomas, Gihan L.
930 Colorado Blvd, Unit 2
Los Angeles, CA 90041

RE: 233-837-400 BEHNAM, MINA RAFIK WADIE

**Notice of In-Person Hearing**

Your case has been scheduled for a INDIVIDUAL hearing before the immigration court on:

*PARTIES SHALL APPEAR IN-PERSON*

Date: Feb 11, 2027
Time: 08:30 A.M. PT
Court Address: 1241 E. DYER ROAD, SUITE 200
2ND FL, COURTROOM 11, SANTA ANA, CA 92705

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case. Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court. If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days. To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration court listed above.

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050**.

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:MAIL[M] PERSONAL SERVICE[P] ELECTRONIC SERVICE[E]
TO: [ ] Noncitizen | [ ] Noncitizen c/o Custodial Officer |
[ E ] Noncitizen ATT/REP | [ E ] DHS
DATE: ___05/12/2026________________ BY: COURT STAFF _____M.V.________________
Attachments:[ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other NH

Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.

Use a câmara do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਔਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪੰਨੇ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পেজের কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন

सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

# Exhibit E

Photo

**Marriage document**
**for denominations defying faith**

Photo

Documentation no.: 51699 Page no.: 13

Civil Status Registry No. 4274 on 18/09/2023

**He signs the lower of each image of the delegated notary and stamps it with the husband's and wife's thumbprint**

On first Saturday, month of Rabie I, in 1445, in 16/09/2023 AD, at 8 pm., before us: pastor/ Shenouda Bishry Beshay, Notarized by: Azbakeya, In the court of: Azbakeya, for the personal status of the guardianship over oneself.

**In the presence of all:**

1- RAFIK WADIE BEHNAM, Nationality: Egyptian, Religion: Christian, Date of Birth: 26/11/1964, Place of Birth: Suhag, Occupation: Consultant General Surgeon, Residence in: Nile St. in Suhag, personal registrar under -------, issued from Suhag II on …../11/2017, National ID: 26411262601976

2- SAMI SHENODA AUGUSTUS, Nationality: Egyptian, Religion: Christian, Date of Birth: 20/02/1952, Place of Birth: Cairo, Occupation: Pension, Residence in: 26 Mr. Mubarak St. Shubra, personal registrar under -----------------, issued from Shubra on ……../12/2019, National ID: 25202200102378

As two sensible adult witnesses who know the personality of the contractors.

**Attended by:**

- **Husband/** MINA RAFIK WADIE BEHNAM, the direct contract of his marriage, Nationality: Egyptian, Religion: Orthodox diocese, Date of Birth: 25/05/1993, Place of Birth: Suhag, Occupation: Dentist, Residence in: Safwa Tower - Zaytoon St., Place of occupation: Safwa Tower - Zaytoon St., Card No.: ……………………, Issued date: ……../11/2019, Record civilian: Suhag II, National ID: 29305252600854, Mother's full name: Suzi Samir Najib, the address at which the husband wishes to direct advertisements to: City / ~~Village~~: Cairo, District / ~~Sheikhdom~~: Zaytoon, Street: Safwa Tower from Ahmed Al-Sawi St. – Zaytoon, Cairo
- **Wife/** The name of wife and her condition in terms of virginity and theism: Madona/ virgin, son of Mansour Najib Nationality of wife: Egyptian, Religion: Orthodox diocese, Date of Birth: 16/11/1997, Place of Birth: Cairo, Occupation: Bachelor of Dentistry, Residence in: Safwa Tower - Zaytoon St., Place of occupation: ……………………, Card No.: ……………., Issued date: …../10/2022, Record civilian: Azbakeya, National ID: 29711160103445, Mother's full name: Marry Fakhery Mina, the address at which the wife wishes to direct advertisements to: City / ~~Village~~: Cairo, District / ~~Sheikhdom~~: Zaytoon, Street: Safwa Tower - Zaytoon

They asked us to marry them, and after knowing them of the legal and legal impediments of marriage, they have confirmed that they are free of them and witnesses approved them for that, they also decided that anyone wishing to marry was free from any diseases that allow separation.

The husband's identity check is based on his personal card and that he was born in 25/05/1993, Governorate: Suhag, City/~~Centre~~: Suhag, and verification of the wife's identity and that she was born in 16/11/1997, as proven by the verification of her identity/birth certificate/medical certificate indicating her age by a health inspector: None or a group of health doctor by: None.

Scanned with CamScanner

Пιωλιнα ⲧⲣιαⲣχнc nⲣεⲙ̀ⲭнⲙι ⲛⲟⲣⲑⲟⲇⲟⲝⲟⲥ
بطريركية الأقباط الأرثوذكس
Potriarcat Coptic Orthodoxe
CAIRO

مجموعة رقم ( د )

رقم : 04524

# عقد زواج

رقم الملف : ٦٠٠٤/٢٤/٢٠٢٠٣٧ بسم الأب والابن والروح القدس

رقم القيد بالسجل : ٦٢٠٢٢ لـ ٢٠٢٣

إلـه واحـد آمين

إنه في يوم السبت المبارك ٥ بشنس سنة ١٧٣٩ قبطية الموافق : ٢٠٢٣/٩/١٦ سنة ٢٠٢٣ ميلادية

أنا : القمص/ شنوده بشاي كاهن كنيسة العذراء والملاك بأبو تيج

أقـر بأنه بحضور الشهود الموقعين أدناه أتممت المراسيم الدينية

لعقد زواج : مينا البكر القبطى الأرثوذكسى ابن : رفيق وديع برسوم

من : مادونا البكر القبطية الأرثوذكسية كريمة : منصور نجيب منصور

وبناء على محضر الخطبة رقم : ٥٨٩٨/٤٠ بتاريخ : ٥/٢٠ سنة ٢٠٢٣ م

وعلى التصريح الصادر من البطريركية رقم : ٥٢٣٧٥/ س بتاريخ : ٥/٢٥ سنة ٢٠٢٣ م

وذلك بكنيسة السيدة العذراء والقديس اثناسيوس الكائنة : بمدينة نصر

وقد تحرر هذا العقد موقعاً عليه من الزوجين ووكيليهما والشهود وأقر الجميع بأن الزوجين قبطيان أرثوذكسيان .

| توقيع الزوج | توقيع الزوجة | توقيع وكيل الزوج | توقيع وكيل الزوجة |
|---|---|---|---|
| مينا رفيق وديع | مادونا منصور نجيب | رفيق وديع برسوم | سامي اشنوده اسكي |

الشهود

| الاسم | السن | العنوان | الرقم القومى | السجل | التوقيع |
|---|---|---|---|---|---|
| ١- نادي رفيق وديع | ١٩٩٧/٥/٢٠ | سوهاج طهطا ... | ٢٩٧٠٥٢٠٢٦٠٠٠٥١ | سوهاج ٢/٢٠٢٢ | نادي رفيق وديع |
| ٢- هاني سامي اشنوده | ١٩٨٦/١١/٢٧ | القاهرة ... شبرا القاهرة | ٢٨٦١١٢٧٠١٠٠٥٣٦٩ | شبرا ٢/٢٠٢٢ | هاني سامي اشنودة |

توقيع الكاهن

القمص/ شنوده بشاي

تنبيهات :

(١) يجب على الكاهن تحرير هذا العقد مباشرة وقت عمل العقد وارساله للبطريركية فى اليوم التالى .

(٢) يتحرر هذا العقد من أربع نسخ ، واحدة تبقى ثابتة بالدفتر ، والثانية ترسل للبطريركية ، والثالثة تسلم للزوج، والرابعة تسلم للزوجة بمعرفة الكاهن

(٣) مجموع التوثيق رقم : ٥١٦٩٩ مسلسل رقم : ١٣ محكمة : الأزبكية

(٤) سجل مدنى : الأزبكية رقـم : ٤٢٧٤ تاريخ : ٢٠٢٣/٩/١٨

Scanned with CamScanner


UNITED STATES OF AMERICA
PERMANENT RESIDENT
MANSOUR MADONNA 16 NOV
Surname
MANSOUR
Given Name
MADONNA M
Country of Birth
Egypt
USCIS#
067-892-854
Category
IR2
Date of Birth
16 NOV 1997
Sex
F
Card Expires:
11/06/35
Resident Since:
09/21/22
16 NOV 1997



FORM I-551
Rev (12-2021) 77776364

UNITED STATES OF AMERICA

16 NOV 1997 F

36C If found, drop in any US Mailbox. USPS: Mail to 7 Product Way, Lees Summit, MO 64002

C1USA0678928545IOE9327777834<<
9711161F3511060EGY<<<<<<<<<<<<9
MANSOUR<<MADONNA<MANSOUR<NAGUI

# Exhibit F

| Receipt Number | | Case Type |
|---|---|---|
| IOE9302126191 | | I130 - PETITION FOR ALIEN RELATIVE |
| **Received Date** 04/07/2026 | **Priority Date** 04/07/2026 | **Petitioner** A067 892 854 MANSOUR, MADONNA MANSOUR NAGUIB |
| **Notice Date** 04/07/2026 | **Page** 1 of 1 | **Beneficiary** A233 837 400 BEHNAM, MINA RAFIK WADIE |

MANSOUR, MADONNA MANSOUR NAGUIB
190 CITY BLVD W APT 214
ORANGE CA 92868-7912

**Notice Type:** Receipt Notice
Amount received: $625.00 U.S.
Section: Husband or wife of permanent resident, 203(a)(2)(A) INA

This notice confirms that USCIS received your application or petition ("this case") as shown above.
**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

This notice does not grant any immigration status or benefit, nor is it evidence that this case is still pending. It only shows that the application or petition was receipted on the date shown.
**Processing time** - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

**If this case is an I-130 Petition** - Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States. The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence. To best allocate resources, USCIS may wait to process I-130 forms until closer to the time when a visa number will become available, which may be years after the petition was filed. Nevertheless, USCIS processes I-130 forms in time not to delay relatives' ability to take the next step toward permanent residence once a visa number does become available. If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.
**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your mother's/father's marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

**USCIS Contact Center: www.uscis.gov/contactcenter**

# Exhibit G

U. S. Department of Homeland Security
Immigration and Customs Enforcement

| |
|---|
| Mina Behnam<br>190 CITY BLVD. W., APT. 214<br>ORANGE, CA 92868 |

A File Number: 233 837 400
Date: 8/18/2026

Please come to the office shown below at the time and place indicated in connection with an official matter.
*Por favor venga a la oficina se muestra a continuación en el momento y lugar indicado en relación con un asunto oficial.*

| | |
|---|---|
| OFFICE LOCATION<br>*Localización de la oficina* | **34 Civic Center Plaza Room 1027. Santa Ana, CA 92701**<br>United States (714) 834-4881 |
| DATE AND HOUR<br>*Fecha y Hora* | **SEPTEMBER 10, 2026, 8:00 A.M** |
| ASK FOR<br>*Pregunta Por* | **Program Manager or Case Specialist**<br>*Administrador de Programas o Especialista de la Caja* |
| REASON FOR APPOINTMENT<br>*Motivo de la Cita* | **To discuss the status of your immigration case and make any necessary custody or program adjustments as needed.**<br>*Para hablar sobre el estado de su caso de inmigración y realizar los ajustes necesarios en materia de custodia o programas, según sea necesario.* |
| BRING WITH YOU<br>*Lleve con usted* | **Bring with you: identification and any other documents that you want considered during your case review.**<br>*Traiga consigo: su documento de identidad y cualquier otro documento que desee que se tenga en cuenta durante la revisión de su caso..* |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.
*Es importante que mantenga esta cita y traer esta carta con usted.*

NOTE: Failure to comply with the conditions of this order may result in the revocation of your release.
*NOTA: El incumplimiento de las condiciones de esta orden puede resultar en la revocación de su comunicado.*

Sincerely,

Jung
ISO

| I am unable to keep the appointment because: | |
|---|---|
| SIGNATURE | DATE |

G-56 Retyped

CS Scanned with CamScanner

# Exhibit H

My name is Mina Rafik Wadie Behnam. I am a Coptic Orthodox Christian. I came to the US, and I filed for asylum based on the persecution that I suffered in Egypt because of my Christian faith. Little did I know that I would be leashed like a dog by ICE. I am requesting this Court remove the ISAP 24 monitoring and also the ankle monitor that was placed on my leg. I make this declaration out of personal knowledge. I attest that all the information contained under the penalty is true and correct.

I am currently a dental student at the West University of Health Sciences. I am also working as a dental assistant on Saturdays in private clinics. I am married to my wife, Madonna, who is a lawful permanent resident of the US. We both expect a baby as my wife is currently pregnant. My wife has filed a petition to classify me as a permanent resident. This request is still currently pending with USCIS.

As I have filed an asylum application with USCIS. My case remained pending and unadjudicated. However, unfortunately, USCIS referred my application, without a hearing and without my personal testimony, to the Immigration Court. I have received a Notice to Appear in Court requesting that I appear before Judge Noche. I was puzzled, as my understanding it that you are normally referred to the Court after an asylum officer interviews me, and then decides that I did not meet my burden to establish eligibility for asylum. This never happened in my case. I was sent to an Immigration Judge without an interview.

Nonetheless, with all the USCIS changes, I appeared before the Immigration Court, and the Judge received all my evidence and set my case for a final hearing on February 11, 2027.

On August 18, 2026, I received a letter from ICE office in Santa Ana demanding that I appear for an interview in September 2026. I complied with the request. To my shock, ICE officer informed me that they have decided to place me on an ISAP program which demands monitoring of all my movements 24/7. They also placed an ankle monitor on my leg like a leash that is so embarrassing. They also control my movement and my ability to travel beyond 75 miles from my home.

I am not a criminal. I have never violated any laws. I asked the officer to not place anything on me as I do not have even a Judge order demanding that I would be placed on an ISAP extensive monitoring with the ankle monitor. I also informed him that I appeared in Court and continue to comply with any court orders.

However, it was a decision made and I am now paying the price. I have suffered physical harm that prompted my admission to the urgent care department at the Kaiser Permanente Hospital because of the ankle monitor. The ankle monitor is squeezing on my skin causing me injuries and rashes, which also required medications to be prescribed to ease my injuries.

In addition, the battery attached to the ankle monitors peeps all the time, and it has disrupted my sleep, and the sleep of my pregnant wife, which is now more stressed than me with my predicament.

Furthermore, as a dental student and a dental assistant, I feel so ashamed of the ankle monitor in my leg which could be perceived as if I am a criminal or a terrorist that is being traced by the police.

I feel ashamed to go out and perform my regular activities as people might think that I am a criminal. I have limited my outings to a minimum.

I feel so stressed that if I do not charge the battery on time, or if the battery lapses, then ICE would consider me a fugitive and noncompliant, then they would arrest me and place me in detention in one of ICE detention centers.

Also, I am required to be at home for a full day because ICE officer has to conduct a weekly visit to my home. This means I could lose studies at my school.

All this unilateral action by ICE was done without any orders. I am troubled both mentally and physically, and I need this Court's intervention to order ICE to stop keep me on a leash.

I am not a flight risk. I am not dangerous to anyone. There is no orders by an Immigration Judge against me. Please help me.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Orange on October 5, 2026.

Mina Rafik Wadie Behnam

Mina Behnam

# Exhibit I

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF RELEASE ON RECOGNIZANCE

File No.: 233 837 400

Name: BEHNAM, MINA RAFIK WADIE

Date: Sep 23, 2026

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

☒ You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.

☒ You must surrender for removal from the United States if so ordered.

☐ You must report in (writing) (person) to Duty officer at ______________ on ______________ as directed.

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

☒ You must not change your place of residence without first securing written permission from the officer listed above.

☒ You must not violate any local, State or Federal laws or ordinances.

☒ You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

☒ Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.*

*If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.*

☒ See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.**

SHIELDS, C 6253
SDDO

(Name and Title of ICE Official)

**Alien's Acknowledgement of Conditions of Release under an Order of Recognizance**

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ENGLISH language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

JUNG, R
Immigration Service Officer II

(Signature of ICE Official Serving Order)

(Signature of Alien)

09/23/2026
Date

I hereby cancel this order of release because:

☐ The alien failed to comply with the conditions of release. ☐ The alien was taken into custody for removal.

(Signature of ICE Official Cancelling Order)

Date

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ATD ENROLLMENT - NOTICE TO ALIEN

| Name: | Field Office: | A Number: |
|---|---|---|
| BEHNAM, MINA RAFIK WADIE | SAA | 233 837 400 |

Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.

If fitted with a U S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under

> *18 U.S.C. § 1361 – Whoever willfully injures or commits any depredation against any property of the United States, or of any department or agency thereof, or any property which has been or is being manufactured or constructed for the United States, or any department or agency thereof, or attempts to commit any of the foregoing offenses, shall be punished as follows:*
>
> *If the damage or attempted damage to such property exceeds the sum of $1,000, by a fine under this title or imprisonment for not more than ten years, or both; if the damage or attempted damage to such property does not exceed the sum of $1,000, by a fine under this title or by imprisonment for not more than one year, or both.*

and/or

> *18 U.S.C. § 641 – Whoever embezzles, steals, purloins, or knowingly converts to his use or the use of another, or without authority, sells, conveys or disposes of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof; or*
>
> *Whoever receives, conceals, or retains the same with intent to convert it to his use or gain, knowing it to have been embezzled, stolen, purloined or converted —*
>
> *Shall be fined under this title or imprisoned not more than ten years, or both; but if the value of such property in the aggregate, combining amounts from all the counts for which the defendant is convicted in a single case, does not exceed the sum of $1,000, he shall be fined under this title or imprisoned not more than one year, or both.*
>
> *The word "value" means face, par, or market value, or cost price, either wholesale or retail, whichever is greater.*

## RECORD OF SERVICE

| Served By: (Print Name and Title of Officer) | Date: |
|---|---|
| R.JUNG, ISO | 09/23/2026 |

| Officer's Signature: | Location of Service: |
|---|---|
| [signature] | Santa Ana, CA |

| Served On: (Alien's Signature) | Date: |
|---|---|
| [signature] | 09/23/2026 |

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF RELEASE ON RECOGNIZANCE
## (CONTINUATION PAGE)

Alien Name: BEHNAM, MINA RAFIK WADIE

File Number: 233 837 400

Date: September 23, 2026

Alien's Signature: X Mina Behn

Alien's Telephone Number (if any): (C) 8402139872

Alien's Address:
190 CITY BLVD. W Apt 214,
ORANGE, CALIFORNIA, 92868

Picture



Right Index Print



### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Signature: [signature]

Title: Immigration Service Officer II

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF RELEASE ON RECOGNIZANCE (ADDENDUM)

File No.: 233 837 400

Name: BEHNAM, MINA RAFIK WADIE

Date: September 23, 2026

☒ That you do not associate with known gang members, criminal associates, or be associated with any such activity.

☐ That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

☐ That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

☐ That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

☒ That you do not commit any crimes while on this Order of Release on Recognizance.

☐ That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

☐ That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

☒ That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

☒ That you provide ICE with written responses from the Embassy or Consulate regarding your request.

☒ Any violation of the above conditions will result in revocation of your employment authorization document.

☒ Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

☒ **Alien Registration:** The Form I-862, Notice to Appear, you have been issued serves as evidence of your alien registration pursuant to INA § 262. If you are 18 years or older, failure to carry the Form I-862 , or other evidence of alien registration as provided in 8 C.F.R. § 264.1(b), on your person at all times is a criminal offense pursuant to INA § 264(e), for which you may be subject to a criminal penalty of $5,000 and imprisonment of up to 30 days.

☒ **Notification to the Department of Homeland Security (DHS) of Change of Address:** All aliens aged 14 years or older, and all parents and legal guardians of aliens under the age of 14, must report a change of address to U.S. Citizenship and Immigration Services, a component of DHS, within 10 days of moving, pursuant to INA § 265(a). Failure to notify DHS of any change of address is a criminal offense pursuant to INA § 266(b), for which you may be subject to a criminal penalty of $5,000 and imprisonment of up to 30 days. More information is available online at https://www.uscis.gov/addresschange. **This obligation is in addition to your obligation to notify the Immigration Court of your change of address.**

☐ Other:

x [signature]
(Signature of Alien)

BI Incorporated

ISAP

Intensive Supervision
Appearance Program



BEHNAM, MINA

05/25/1993

**ISAP Santa Ana**
**901 W Civic Center Dr.**
**Suite #330**
**Santa Ana, CA 92703**

This individual is under an
Intensive Supervision
Appearance Program

**In case of Emergency, call:**
**714-409-9912**

Hours of Operation
Monday - Friday
08:00 am - 12:00 pm
01:00 pm - 05:00 pm

برنامج الإشراف المُكثّف

# نموذج مُلخص المدخلات

| معلومات الملخص |
|---|
| اسم المشترك: MINA BEHNAM |
| رقم الأجنبي: 233837400 |
| 9/23/2026 Enrollment Date |
| زيارة المكتب المقبلة: 10/08/2026 |
| يوم الزيارة المنزلية: Wednesday |
| مكالمات VoiceID : |
| التسجيل لدى إدارة عمليات التنفيذ والإزالة ERO: |
| جلسة المحكمة المقبلة: 02/11/2027 |

An official website of the United States government Here's how you know

EOIR Automated Case Information

**Court Closures Today** September 25, 2026

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home > BEHNAM, MINA RAFIK WADIE (233-837-400)

# Automated Case Information

**Name: BEHNAM, MINA RAFIK WADIE | A-Number: 233-837-400 | Docket Date: 2/19/2026**

## Next Hearing Information

Your upcoming **INDIVIDUAL** hearing is **IN PERSON** on **February 11, 2027** at **8:30 AM**.

**JUDGE**
Noche, Joyce

**COURT ADDRESS**
1241 E. DYER ROAD, SUITE 200
SANTA ANA, CA 92705

## Court Decision and Motion Information

*This case is pending.*

## BIA Case Information

No appeal was received for this case.

## Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**
1241 E. DYER ROAD, SUITE 200
SANTA ANA, CA 92705

**PHONE NUMBER**
(714) 481-4900

# برنامج الإشراف المكثف على الحضور (ISAP)

## اتفاقية قواعد البرنامج

### الاتفاقية

في هذا التاريخ 09/25/2026 ، تم الاتفاق على هذا العقد بين MINA BEHNAM وشركة BI Incorporated.
يحدد هذا العقد المسؤوليات المتبادلة لكل طرف في برنامج ISAP.

أيها المشارك، توقيعك أدناه يدل على التفهم والموافقة على جميع متطلبات الإشراف التالية وقواعد ISAP. قد يؤدي عدم الالتزام بهذه القواعد إلى قيام ICE بتغيير شروط إطلاق سراحك والتي قد تشمل زيادة إدارة الحالات، أو زيادة تخصيص التكنولوجيا، أو الاحتجاز.

### حقوق المشاركين

1. الحق في توقع احترام أسلوب حياتك وتفضيلاتك الدينية وقيمك وتراثك الثقافي وممارساتك بغض النظر عن العرق أو اللون أو الدين أو الأصل القومي أو العمر أو الجنس أو الوضع الاقتصادي أو الانتماء السياسي أو التوجه الجنسي أو الإعاقة الجسدية
2. الحق في المعاملة باحترام فيما يتعلق بالمسائل الشخصية مع الاهتمام الحساس الذي يظهر عند مشاركة هذه الأمور مع الموظفين الآخرين وهيئة إنفاذ قوانين الهجرة والجمارك (ICE).
3. الحق في السرية باستثناء المعلومات التي تطلبها ICE أو التي سمحت لـ ISAP بالإفراج عنها
4. الحق في طلب الرعاية الطبية والعلاجات الطبية وتلقيها خارج منطقتك الجغرافية. إذا كنت بحاجة إلى رعاية طارئة، ولا يمكنك الانتظار للتحدث مع أخصائي الحالة الخاص بك، فالرجاء تقديم تأكيد من مقدم الخدمة الطبية الخاص بك بعد عودتك.

### مسؤوليات المشاركين

1. الامتثال لجميع متطلبات ICE والمحكمة وأوامر الإفراج.
2. الامتثال لجميع متطلبات ISAP المنصوص عليها في دليل المشاركين في ISAP
3. إذا اقتضى الأمر المشاركة في المراقبة الإلكترونية (EM)، فعليك الامتثال للقواعد واللوائح المنصوص عليها في نماذج المراقبة الإلكترونية (EM) الخاصة باتفاقية المشاركة.
4. لا تتعاطى أي نوع من المخدرات غير المشروعة أو تشرب الكحول بإفراط أثناء المشاركة في برنامج ISAP.
5. لا تجوز حيازة أي أسلحة بما في ذلك على سبيل المثال لا الحصر البنادق، والبنادق الخرطوشية، والمسدسات، أو أي سكاكين، وما إلى ذلك
6. احرص على اتباع جميع قوانين الولايات المتحدة وعدم ارتكاب أي أعمال إجرامية.
7. التعاون مع موظفي ISAP والإجابة على جميع الأسئلة بدقة وبشكل كامل.
8. توفير أو السماح بالإفراج عن أي معلومات يطلبها موظفو ISAP.
9. إذا كان مسموحا لك بالعمل وفقا لقانون الهجرة الأمريكي، فقدم جميع معلومات التوظيف إلى أخصائي الحالة الخاص بك.
10. التزم بجدولك الأسبوعي و/أو الشروط الواردة في جدولك والتي تفرضها إدارة الهجرة والجمارك. قد يُطلب منك في أي وقت أثناء وجودك في ISAP التحقق من موقعك على مدار 24 ساعة في اليوم، سبعة أيام في الأسبوع.
11. قم بتحديث أخصائي الحالة الخاص بك بأي تغييرات محتملة في ترتيبات المعيشة الخاصة بك، بما في ذلك تغيير العنوان أو رقم الهاتف أو ترتيبات معيشة المُعالين القُصّر. ملاحظة: يتطلب تغيير عنوانك ورقم هاتفك أو أحدهما موافقة وكالة الهجرة والجمارك بالولايات المتحدة (ICE).
12. يتوجب عليك احترام وتقدير مصالح السرية لكل مشارك آخر في برنامج ISAP من خلال عدم مشاركة أي معلومات عن المشاركين الآخرين مع أي شخص.
13. الالتزام بجميع المواعيد المطلوبة والمقررة مع ISAP ووفقا لتوجيهات ICE.
14. التزم بالمواعيد المحددة لجميع مواعيد المحكمة، ووكالة إنفاذ قوانين الهجرة والجمارك، وبرنامج ISAP.
15. السماح للموظفين المصرح لهم بالدخول إلى مكان إقامتك وذلك بالنسبة لجميع الزيارات المنزلية المطلوبة.
16. احمل معك بطاقة هوية ISAP الخاصة بك في جميع الأوقات (قد يتم فرض رسوم عليك في حالة فقدان البطاقة).

© 2025 BI Incorporated · Proprietary & Confidential · T26-07-068 Arabic
BI Incorporated is a registered trademark

# برنامج الإشراف المكثف على الحضور (ISAP)

## اتفاقية قواعد البرنامج

| سياسات تسهيلات الحضور |
|---|
| 1. ساعات العمل: ساعات عمل مكتب تسجيل الوصول هي من الاثنين إلى الجمعة من الساعة 8 صباحا حتى الساعة 5 مساء. سيتم نشر ساعات العطلات الخاصة مسبقا. |
| 2. لا يجوز ارتداء أو عرض أي أدوات أو ملابس غير مناسبة أثناء وجودك في منشأة ISAP. |
| 3. أثناء التواجد في منشآت برنامج ISAP، تخضع ممتلكات المشاركين أو مركباتهم للتفتيش. |
| 4. لا يسمح بوجود أسلحة من أي نوع في أي منشأة تابعة لـ ISAP. ستؤدي الأسلحة التي يتم إحضارها إلى المنشأة إلى إخطار ICE، وتقرير مكتوب عن الحادث، وإذا لزم الأمر، إنهاء البرنامج والاتصال بالشرطة. |
| 5. لن يشارك المشارك في أي قتال أو سلوك عدواني مع أي موظف أو فرد من أفراد الأسرة أو أي فرد آخر في مكتب ISAP |
| 6. المنصب BI ISAP : 7144099912 1+ |
| 7. المنصب ICE : 7148344881 1+ |

| إجراءات التظلم |
|---|
| يملك المشاركون غير الراضين عن أي جزء من البرنامج أو خطة الإشراف أو عقوبات البرنامج خيار تقديم تظلم. وسوف يرفع التظلم إلى مدير برنامج ISAP، والذي يعهد إليه بمناقشة التظلم والفصل فيه خلال ثلاثة أيام عمل إن أمكن. في حالة عدم حل التظلم أو لم يكن المشارك مطمئنا إلى رفع التظلم إلى مدير برنامج ISAP، فعندئذ يجوز له إخطار دائرة الهجرة والجمارك. |

| مواد المشاركين |
|---|
| أقر بتلقي الموارد التالية لجعل وقتي الذي قضيته في برنامج ISAP مثمراً وناجحاً: قوائم خدمات موارد المجتمع المحلي، وقائمة بمقدمي الخدمات القانونية المجانية المحليين، ودليل المشاركين في برنامج ISAP. تتوفر خدمة "اعرف حقوقك" لجميع المشاركين في برنامج ISAP عبر الإنترنت من خلال https://youtu.be/-bdLbk6n2b8 |

| تأكيد وإقرار الاستعراض | |
|---|---|
| أوافق على المشاركة في برنامج ISAP وأوافق على الشروط المذكورة أعلاه. لقد حضرت دورة تعريفية شاملة حول 09/25/2026. لقد قرأت وفهمت جميع الشروط المذكورة أعلاه والوثائق المشار إليها، بما في ذلك دليل المشاركين في برنامج ISAP، وأوافق على السعي لتحقيق أهداف العقد. أفهم وأوافق على أنه في حال تغيرت الظروف، يحق لي طلب مراجعة هذا العقد. سأبذل كل جهد معقول لتحقيق أهدافي المعلنة، وأدرك أن فشلي في القيام بذلك قد يكون سبباً لإنهاء عضويتي في برنامج ISAP وإعادتي إلى حجز إدارة الهجرة والجمارك. | |
| رقم القضية: 233837400 | |
| اسم المشارك: MINA BEHNAM | |
| توقيع المشارك: MINA BEHNAM | التاريخ: 9/25/2026 at 10:58 |
| توقيع أخصائي الحالة: Rivas | التاريخ: 9/25/2026 at 10:56 |

© 2025 BI Incorporated · Proprietary & Confidential · T26-07-068 Arabic
BI Incorporated is a registered trademark

BI

## خطة خدمة أفراد

تاريخ التقرير: 09/25/2026

إعداد: Rivas

مكتب ISAP: BI ISAP Santa Ana

برنامج الإشراف المكثف

تاريخ التسجيل: 9/23/2026

اسم المشارك: MINA BEHNAM

رقم الأجنبي: 233837400

أخصائي الحالة: Rivas

**المعلومات الشخصية**

العنوان الرئيسي: 190 City Blvd W Apt 214, Orange, CA

هاتف المنزل :

الهاتف الجوال: 8402139872 1+

**الخطة الإشرافية**

النظام السابق :المرحلة القانونية

في المحكمة، زيارات منزلية لبرنامج (ISAP) متابعة قضايا برنامج التدخل المبكر للأطفال ،(ISAP) زيارات مكتبية كل ثمانية أسابيع. إدارة قضايا برنامج التدخل المبكر للأطفال كل ثمانية أسابيع، التحقق من الإقامة ;خطة الخدمة (ISAP) التدخل المبكر للأطفال

التقنية المستخدمة: ISAP لـ BI LOC8 XT

لقاء وجها لوجه 02/11/2027 - 12/31/9999، يحدث كل يوم خميس في تمام الساعة 09:30 ;فترات الإبلاغ

يجب عليك إبلاغ مكتب برنامج الإشراف المكثّف وفقاً للجدول المذكور أعلاه، ما لم تحصل على موافقة أخصائي الحالة التابع للبرنامج. ويجب أن تدرك أنك إذا كنت مسجلا ضمن نظام المراقبة والإشراف الإلكتروني، فسيكون عليك الالتزام بقواعد وتوقعات المراقبة الإلكترونية. أما إذا كنت مسجلا على (GPS) . فإنك تتعهد بالامتناع عن أي محاولة للعبث بالجهاز أو إزالته لأي سبب من الأسباب .
وفي حالة كنت مسجلا في نظام الإبلاغ الهاتفي أو SmartLINK، فإنك تلتزم بتسلم المكالمات الهاتفية أو تسجيل الوصول وفق ما هو مطلوب، مع نظام المراقبة واستخدام جهاز التتبع لتحديد المواقع تعهدك بالإبلاغ الفوري عن أي تغييرات متعلقة برقم الهاتف الذي قدمته لهذه المكالمات أو عمليات تسجيل الوصول. وسوف تلتزم بالجدول الأسبوعي ساعة. كما أنك تدرك أن الزيارات المنزلية قد تتم في أوقات 24 كما سنخطر أخصائي الحالة المتابع لحالتك بأي تغييرات قبل وقوعها بمدة لا تقل عن يشير فيها جدولك إلى تواجدك بالمنزل. ويجب عليك أيضا الامتثال لجميع قواعد البرنامج وأي متطلبات إضافية مدرجة ضمن طلب التعهدات الخاص (ERO Order of Recognizance) أو طلب الإشراف الخاص بك .(
بإدارة عمليات التنفيذ والإزالة

**خطة الترجمة**

العربية، الإنجليزية :اللغات التي تتكلمها

مفهوم :إجادة التحدث باللغة الإنجليزية

**<u>خطة النقل</u>**

مركبة شخصية :يكتب

نوع: Toyota

طراز: Corola

سنة صنع المركبة: 2010

رمادي داكن :لون السيارة

حالة: CA

لوحات ترخيص المركبات:

حقيقي :مملوكة للمشارك

حقيقي :وسائل النقل الأساسية

تعليق:

الاتصال الشخصي :يكتب

يمكن نقله بواسطة زوجته :تعليق

**<u>العمل</u>**

نعم :لديك وظيفة

انتهاء صلاحية تصريح العمل الموقت: 08/04/2029

اسم رب العمل: self employee

عنوان رب العمل:

هاتف رب العمل:

المسمى الوظيفي:

المشرف:

تاريخ البدء:

الجدول:

ملاحظات:

## جهات اتصال شخصية

اسم: Madonna Mansour
زوج :علاقة
عنوان: 190 City Blvd W Apt 214 Orange CA 92868
هاتف: +1 8402132339
يعيش مع: True
المشارك
آخر تحديث بتاريخ:

اسم: Gihan Attorney Thomas
محامي :علاقة
عنوان:
هاتف: +1 3102032242
يعيش مع: False
المشارك
آخر تحديث بتاريخ:

## الخطة القانونية

بأي تغييرات تطرأ على ISAP بنتائجها فورًا بعد انتهائها. - سيُبلغ ISAP أنت حاليًا في المرحلة القانونية التمهيدية. - ستحضر جلسة المحكمة في موعدها المحدد، وسيُبلغ - فورًا أو في أقرب وقت ممكن في حال ISAP سيُبلغ - .ISAP تمثيلك القانوني أو وضعك القانوني. - إذا احتجت يومًا إلى إحالات قانونية، يمكنك الحصول على قائمة من مكتب تواصلك مع جهات إنفاذ القانون لأي سبب كان. - ستتحقق من نظام المحكمة الآلي مع أخصائي قضيتك في كل زيارة للمكتب للتحقق من مواعيد جلسات المحكمة القادمة. :الخطة

اسم: Gihan Attorney Thomas
عنوان المحامي:
المحامي
هاتف المحامي: +1 3102032242

**مجرمانه سرگرمی**

لا توجد أنشطة إجرامية معروفة

**خطة المغادرة**

تاريخ المغادرة :

-You are currently in the Pre-Order legal stage -In the event you receive an order of removal, we have discussed the following: تعليق على خطة المغادرة :

مسافرون إضافيون :

تعليقات إضافية من المسافرين :

وسيلة السفر :

**وثيقة السفر**

في الزيارة الشخصية القادمة :حالة وثيقة السفر TD نطلب إحضار
بلد الإصدار:
نوع الوثيقة:
رقم الوثيقة:
مقدمة من:
مقدمة بتاريخ:
تاريخ انتهاء الصلاحية:
ذكرت أن جواز سفرك معك ولكنه في المنزل. - أنت توافق على إحضار جواز سفرك في زيارتك القادمة للمكتب :الخطة .

**الإحالة لمقدمي الخدمات المجتمعية**

| | |
|---|---|
| MINA BEHNAM | 9/25/2026 at 11.00 |
| توقيع المشارك | التاريخ |
| Rivas | 9/25/2026 at 10.56 |
| توقيع أخصائي الحالة | التاريخ |

برنامج الإشراف المكثف

# اتفاقية نظام تحديد المواقع "GPS"

سوف يُستخدم جهاز تتبع تحديد المواقع الخاص بشركة(BI) لرصد ومراقبة المشتركين المطلوب الإشراف عليهم من خلال تقنية تحديد المواقع [GPS].

## الاتفاقية

1- أقر بموافقتي على ارتداء سوار كاحل غير قابلة للإزالة أثناء عملي في برنامج المراقبة والإشراف الإلكتروني، والذي سيقوم بتركيبه أخصائي الحالة مع وضع منارة في مقر إقامتي.

2- أدرك وأتفهم أن الدخول في برنامج المراقبة والإشراف الإلكتروني يتطلب توافر خدمات كهربائية في مقر إقامتي.

3- أقر بالموافقة على أنه يقع على عاتقي مسؤولية توفير الخدمة الكهربائية بمقر إقامتي واستبقائها خلال فترة عملي ضمن برنامج المراقبة والإشراف الإلكتروني.

4- أوافق على إبقاء جهاز تتبع لتحديد المواقع مشحونا على النحو المطلوب. أتفهم وأوافق على متطلبات رعاية وصيانة جهاز التتبع لتحديد المواقع.

5- أقر بالموافقة على عدم إزالة جهاز التتبع لتحديد المواقع أو المنارة وعدم العبث بهما إلا حسب الضرورة في حالات الطوارئ أو بموجب موافقة مسبقة من أخصائي الحالة الخاص بي.

6- أوافق على السماح للأفراد المخولين بالمعاينة والتفتيش ووضع جهاز التتبع لتحديد المواقع والمنارة خلال الزيارات المكتبية وفي مقر إقامتي

7- أدرك وأتفهم أنه يتحتم علي الالتزام بشكلٍ صارم للجدول الزمني المعتمد

8- أتفهم بأن كافة طلبات تغيير الجدول الزمني يجب أن تكون قبل 24 ساعة على الأقل، وتكون عبر الاتصال الهاتفي على +1 7144099912 وترك رسالة.

سيتم الرد على المكالمات خلال ساعات العمل الرسمية فقط. أوقات العمل الرسمية من الاثنين إلى الجمعة من الساعة 8.00 صباحًا إلى 5:00 مساءًا. ويلزم الموافقة على كافة طلبات التغيير مسبقًا من قبل أخصائي الحالة.

9- قمت بتقديم رقم الخط الساخن لاستخدامه في حالات الطوارئ (الطبية مثلا). الرقم هو +1 7144099912
أدرك وأتفهم بأن هذا الرقم لن يستخدم أبدًا في الحالات عليتقديم طلب تغيير الجدول الزمني.

10- أدرك وأتفهم بأنني قد أتحمل المسؤولية عن معدات نظام تحديد المواقع المستخدمة في المراقبة والإشراف الإلكتروني، وربما أكون مطالبا بدفع تكاليف الاستبدال أو الإصلاح إلى شركة (BI Incorporated) مقابل أي معدات مفقودة و / أو متضررة

11. I agree to stay within the area designated by ERO, and agree to seek permission to leave this area
I will contact my ISAP Case Specialist with any questions

## تأكيد وإقرار الاستعراض

يُعد توقيعي المبين أدناه بمثابة إقرار مني بتسلم نسخة من القواعد والجدول الزمني المعتمد، وبأنه قد تم شرحهما وتوضيحهما لي. كما أقر أيضا بأن خدمات الترجمة كانت متوفرة عند طلبها. وأنا أدرك وأتفهم بأنه يتحتم علي الامتثال لهذه القواعد لحين إتمامي برنامج المراقبة والإشراف الإلكتروني، أو لحين إخطاري بخلاف ذلك من قبل أخصائي حالة الإشراف المكثف الخاص بي. وأدرك وأتفهم كذلك أن أي انتهاك لهذه القواعد سيُعد بمثابة انتهاكًا قد يفضي إلى إنهاء مشاركتي في هذا البرنامج والعودة إلى الاعتقال.

اسم المشترك: MINA BEHNAM

رقم الأجنبي: 233837400

| | |
|---|---|
| توقيع *MINA BEHNAM* | التاريخ 9/25/2026 at 11:01 |
| توقيع أخصائي الحالة *Rivas* | التاريخ 9/25/2026 at 10:55 |

برنامج الاشراف المُكثف

## تعد للمثول أمام المحكمة

### الموافقة

أقر انا MINA BEHNAM رقم الأجنبي233837400 بأنني ساحضر جلسة استماعي المزمع انعقادها بتاريخ 2027 / February / 11 على 08:30 . النحو المقرر بواسطة محكمة الهجرة.

كما أقر بموافقتي على إبلاغ مكتب [ISAP] مباشرة عقب انتهاء جلسة الاستماع وموافاته بما يلي

1. دليل على حضوري
2. تقرير بشأن نتيجة جلسة الاستماع

### خطة النقل

Type: Personal Vehicle
Primary Transport: yes
Comment:
Client Owner: yes
Make: Toyota Color: Dark gray Registration State: CA
Model: Corola Model Year: 2013 License Plate:

### خطة النقل البديلة

Type: Personal Contact
Primary Transport: no
Comment: he can be transported by his wife

### التوقيعات

| | |
|---|---|
| توقيع المشترك *MINA BEHNAM* | التاريخ 9/25/2026 at 11:01 |
| توقيع أخصائي الحالة *Rivas* | التاريخ 9/25/2026 at 10:55 |

# Exhibit J

FreeTaxUSA®

Printed on 03/08/2026 08:33 AM EDT

2025

# Federal Tax Return

**Important: Your taxes are not finished until all required steps are completed.**

| USERNAME | REFUND | DUE DATE |
| --- | --- | --- |
| madonnaman | $286 | April 15, 2026 |

## Print and Sign Your Return

☐ Print a copy of your tax return.

☐ Sign and date the Form 1040 in the Sign Here section.

## Attach Documents

☐ Federal copy of your W-2s.

## Mail Your Return

☐ Keep these instructions along with a copy of your tax return for your records.

☐ Mail your federal tax return to:

**Department of the Treasury**
**Internal Revenue Service**
**Ogden, UT 84201-0002**

# Form 1040 Department of the Treasury—Internal Revenue Service U.S. Individual Income Tax Return 2025

OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2025, or other tax year beginning , 2025, ending , 20 | See separate instructions.

☐ Filed pursuant to section 301.9100-2 ☐ Combat zone ☐ Deceased Spouse

☐ Other

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| MINA R | BEHNAM | 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 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | 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 |

| Home address (number and street). If you have a P.O. box, see instructions. | | Apt. no. |
|---|---|---|
| 190 CITY BLVD W | | 214 |
| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
| ORANGE | CA | 92868 |
| Foreign country name | Foreign province/state/county | Foreign postal code |
| | | |

Check here if your main home, and your spouse's if filing a joint return, was in the U.S. for more than half of 2025. ☒

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status** Check only one box.

☐ Single
☐ Married filing jointly (even if only one had income)
☒ Married filing separately (MFS). Enter spouse's SSN above and full name here: MADONNA M MANSOUR
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)
If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required):

**Digital Assets** At any time during 2025, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Dependents** (see instructions) If more than four dependents, see instructions and check here ☐

| | Dependent 1 | Dependent 2 | Dependent 3 | Dependent 4 |
|---|---|---|---|---|
| (1) First name | | | | |
| (2) Last name | | | | |
| (3) SSN | | | | |
| (4) Relationship | | | | |
| (5) Check if lived with you more than half of 2025 | (a) ☐ Yes (b) ☐ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. |
| (6) Check if | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled |
| (7) Credits | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents |

☐ Check if your filing status is MFS or HOH and you lived apart from your spouse for the last 6 months of 2025, or you are legally separated according to your state law under a written separation agreement or a decree of separate maintenance and you did not live in the same household as your spouse at the end of 2025.

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | | 1a | 6,603. |
| b | Household employee wages not reported on Form(s) W-2 | | 1b | |
| c | Tip income not reported on line 1a (see instructions) | | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 31 | | 1f | |
| g | Wages from Form 8919, line 6 | | 1g | |
| h | Other earned income (see instructions). Enter type and amount: | | 1h | |
| i | Nontaxable combat pay election (see instructions) | 1i | | |
| z | Add lines 1a through 1h | | 1z | 6,603. |
| 2a | Tax-exempt interest | 2a | b Taxable interest 2b | |
| 3a | Qualified dividends | 3a | b Ordinary dividends 3b | |
| c | Check if your child's dividends are included in 1 ☐ Line 3a 2 ☐ Line 3b | | | |
| 4a | IRA distributions | 4a | b Taxable amount 4b | |
| c | Check if (see instructions) 1 ☐ Rollover 2 ☐ QCD 3 ☐ | | | |
| 5a | Pensions and annuities | 5a | b Taxable amount 5b | |
| c | Check if (see instructions) 1 ☐ Rollover 2 ☐ PSO 3 ☐ | | | |
| 6a | Social security benefits | 6a | b Taxable amount 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | |
| d | If you are married filing separately and lived apart from your spouse the entire year (see inst.), check here ☐ | | | |
| 7a | Capital gain or (loss). Attach Schedule D if required | | 7a | 0. |
| b | Check if: ☐ Schedule D not required ☐ Includes child's capital gain or (loss) | | | |
| 8 | Additional income from Schedule 1, line 10 | | 8 | 657. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7a, and 8. This is your **total income** | | 9 | 7,260. |
| 10 | Adjustments to income from Schedule 1, line 26 | | 10 | 47. |
| 11a | Subtract line 10 from line 9. This is your **adjusted gross income** | | 11a | 7,213. |

## Tax and Credits

| | | | |
|---|---|---|---|
| 11b | Amount from line 11a (adjusted gross income) | 11b | 7,213. |
| 12a | Someone can claim ☐ You as a dependent ☐ Your spouse as a dependent | | |
| b | ☐ Spouse itemizes on a separate return **c** ☐ You were a dual-status alien | | |
| d | **You:** ☐ Were born before January 2, 1961 ☐ Are blind | | |
| | **Spouse:** ☐ Was born before January 2, 1961 ☐ Is blind | | |
| e | **Standard deduction or itemized deductions** (from Schedule A) | 12e | 15,750. |
| 13a | Qualified business income deduction from Form 8995 or Form 8995-A | 13a | |
| b | Additional deductions from Schedule 1-A, line 38 | 13b | |
| 14 | Add lines 12e, 13a, and 13b | 14 | 15,750. |
| 15 | Subtract line 14 from line 11b. If zero or less, enter -0-. This is your **taxable income** | 15 | 0. |
| 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814 2 ☐ 4972 3 ☐ | 16 | 0. |
| 17 | Amount from Schedule 2, line 3 | 17 | 0. |
| 18 | Add lines 16 and 17 | 18 | 0. |
| 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| 20 | Amount from Schedule 3, line 8 | 20 | 0. |
| 21 | Add lines 19 and 20 | 21 | 0. |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 93. |
| 24 | Add lines 22 and 23. This is your **total tax** | 24 | 93. |

**Standard deduction for—**
- Single or Married filing separately, $15,750
- Married filing jointly or Qualifying surviving spouse, $31,500
- Head of household, $23,625
- If you checked a box on line 12a, 12b, 12c, or 12d, see inst.

## Payments and Refundable Credits

| | | | | | |
|---|---|---|---|---|---|
| 25 | Federal income tax withheld from: | | | | |
| a | Form(s) W-2 | 25a | 379. | | |
| b | Form(s) 1099 | 25b | | | |
| c | Other forms (see instructions) | 25c | | | |
| d | Add lines 25a through 25c | | | 25d | 379. |
| 26 | 2025 estimated tax payments and amount applied from 2024 return | | | 26 | |
| | If you made estimated tax payments with your former spouse in 2025, enter their SSN (see instructions): | | | | |
| 27a | Earned income credit (EIC) | 27a | | | |
| b | Clergy filing Schedule SE (see instructions) ☐ | | | | |
| c | If you do not want to claim the EIC, check here ☐ | | | | |
| 28 | Additional child tax credit (ACTC) from Schedule 8812. If you do not want to claim the ACTC, check here ☐ | 28 | | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | | |
| 30 | Refundable adoption credit from Form 8839, line 13 | 30 | | | |
| 31 | Amount from Schedule 3, line 15 | 31 | | | |
| 32 | Add lines 27a, 28, 29, 30, and 31. These are your **total other payments and refundable credits** | | | 32 | |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** | | | 33 | 379. |

If you have a qualifying child, you may need to attach Sch. EIC.

## Refund

| | | | | | |
|---|---|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | | 34 | 286. |
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | | | 35a | 286. |
| b | Routing number 121000358 **c** Type: ☒ Checking ☐ Savings | | | | |
| d | Account number 3251873769950 | | | | |
| 36 | Amount of line 34 you want **applied to your 2026 estimated tax** | 36 | | | |

Direct deposit? See instructions.

## Amount You Owe

| | | | | | |
|---|---|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | | | 37 | 0. |
| 38 | Estimated tax penalty (see instructions) | 38 | | | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS? See instructions. ☐ **Yes.** Complete below. ☒ **No**

Designee's name | Phone no. | Personal identification number (PIN)

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | DENTAL ASSISTANT | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| Phone no. 840-213-2339 | Email address | | |

Joint return? See instructions. Keep a copy for your records.

## Paid Preparer Use Only

| Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|
| | SELF-PREPARED | | | |
| Firm's name | | | Phone no. | |
| Firm's address | | | Firm's EIN | |

**SCHEDULE 1 (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

**Attach to Form 1040, 1040-SR, or 1040-NR.**
**Go to *www.irs.gov/Form1040* for instructions and the latest information.**

OMB No. 1545-0074
2025
Attachment Sequence No. **01**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR: MINA R BEHNAM

**Your social security number:** 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

For 2025, enter the amount reported to you on Form(s) 1099-K that was included in error or for personal items sold at a loss . . . . . . ______

**Note:** The remaining amounts reported to you on Form(s) 1099-K should be reported elsewhere on your return depending on the nature of the transaction. See *www.irs.gov/1099k*.

## Part I Additional Income

| Line | Description | Sub-line | Sub-amount | Line no. | Amount |
|---|---|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | | | 1 | |
| 2a | Alimony received | | | 2a | |
| b | Date of original divorce or separation agreement (see instructions): ______ | | | | |
| 3 | Business income or (loss). Attach Schedule C | | | 3 | 657. |
| 4 | Other gains or (losses). Check if any from Form(s): ☐ 4797 ☐ 4684 | | | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | | 5 | |
| 6 | Farm income or (loss). Attach Schedule F | | | 6 | |
| 7 | Unemployment compensation. If you repaid a 2025 overpayment (see instructions), check here ☐ and enter amount repaid: ______ | | | 7 | |
| 8 | Other income: | | | | |
| a | Net operating loss | 8a | ( ) | | |
| b | Gambling | 8b | | | |
| c | Cancellation of debt | 8c | | | |
| d | Foreign earned income exclusion from Form 2555 | 8d | ( ) | | |
| e | Income from Form 8853 | 8e | | | |
| f | Income from Form 8889 | 8f | | | |
| g | Alaska Permanent Fund dividends | 8g | | | |
| h | Jury duty pay | 8h | | | |
| i | Prizes and awards | 8i | | | |
| j | Activity not engaged in for profit income | 8j | | | |
| k | Stock options | 8k | | | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8l | | | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | 8m | | | |
| n | Section 951(a) inclusion (see instructions) | 8n | | | |
| o | Section 951A(a) inclusion (see instructions) | 8o | | | |
| p | Section 461(l) excess business loss adjustment | 8p | | | |
| q | Taxable distributions from an ABLE account (see instructions) | 8q | | | |
| r | Scholarship and fellowship grants not reported on Form W-2 | 8r | | | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | 8s | ( ) | | |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan | 8t | | | |
| u | Wages earned while incarcerated | 8u | | | |
| v | Digital assets received as ordinary income not reported elsewhere. See instructions | 8v | | | |
| z | Other income. List type and amount: ______ | 8z | | | |
| 9 | Total other income. Add lines 8a through 8z | | | 9 | |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | | | 10 | 657. |

## Part II Adjustments to Income

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 11 | Educator expenses | | | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | | | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 | | | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903. If claiming only storage fees (see instructions), check here ☐ | | | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE | | | 15 | 47. |
| 16 | Self-employed SEP, SIMPLE, and qualified plans | | | 16 | |
| 17 | Self-employed health insurance deduction | | | 17 | |
| 18 | Penalty on early withdrawal of savings | | | 18 | |
| 19a | Alimony paid | | | 19a | |
| b | Recipient's SSN | | | | |
| c | Date of original divorce or separation agreement (see instructions): | | | | |
| 20 | IRA deduction. If you are married filing separately and lived apart from your spouse for the entire year (see instructions), check here ☐ | | | 20 | |
| 21 | Student loan interest deduction | | | 21 | |
| 22 | Reserved for future use | | | 22 | |
| 23 | Archer MSA deduction | | | 23 | |
| 24 | Other adjustments: | | | | |
| a | Jury duty pay (see instructions) | 24a | | | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit | 24b | | | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m | 24c | | | |
| d | Reforestation amortization and expenses | 24d | | | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 | 24e | | | |
| f | Contributions to section 501(c)(18)(D) pension plans | 24f | | | |
| g | Contributions by certain chaplains to section 403(b) plans | 24g | | | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) | 24h | | | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | 24i | | | |
| j | Housing deduction from Form 2555 | 24j | | | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) | 24k | | | |
| z | Other adjustments. List type and amount: | 24z | | | |
| 25 | Total other adjustments. Add lines 24a through 24z | | | 25 | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 | | | 26 | 47. |

**SCHEDULE 2 (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Taxes

**Attach to Form 1040, 1040-SR, or 1040-NR.**
**Go to *www.irs.gov/Form1040* for instructions and the latest information.**

OMB No. 1545-0074
2025
Attachment Sequence No. **02**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR: MINA R BEHNAM
Your social security number: 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

## Part I Tax

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 1 | Additions to tax: | | | | |
| a | Excess advance premium tax credit repayment. Attach Form 8962 | 1a | | | |
| b | Repayment of new clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part II. Attach Form 8936 and Schedule A (Form 8936) | 1b | | | |
| c | Repayment of previously owned clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part IV. Attach Form 8936 and Schedule A (Form 8936) | 1c | | | |
| d | Recapture of net EPE from Form 4255, line 2a, column (l) | 1d | | | |
| e | Excessive payments (EPs) on gross EPE from Form 4255. Check applicable box and enter amount. See instructions. (i) ☐ Line 1a (ii) ☐ Line 1c (iii) ☐ Line 1d (iv) ☐ Line 2a | 1e | | | |
| f | 20% EP from Form 4255. Check applicable box and enter amount. See instructions. (i) ☐ Line 1a (ii) ☐ Line 1c (iii) ☐ Line 1d (iv) ☐ Line 2a | 1f | | | |
| y | Other additions to tax (see instructions): ______ | 1y | | | |
| z | Add lines 1a through 1y | | | 1z | |
| 2 | Alternative minimum tax. Attach Form 6251 | | | 2 | |
| 3 | Add lines 1z and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 | | | 3 | |

## Part II Other Taxes

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE. Check if any exemption from (see instructions): 1 ☐ 4361 2 ☐ 4029 3 ☐ ______ | | | 4 | 93. |
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137 | 5 | | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919 | 6 | | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 | | | 7 | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required. If not required, check here ☐ | | | 8 | |
| 9 | Household employment taxes. Attach Schedule H | | | 9 | |
| 10 | Reserved for future use | | | 10 | |
| 11 | Additional Medicare Tax. Attach Form 8959 | | | 11 | |
| 12 | Net investment income tax. Attach Form 8960 | | | 12 | |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 | | | 13 | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares | | | 14 | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 | | | 15 | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 | | | 16 | |

*(continued on page 2)*

**Part II Other Taxes** *(continued)*

| | | | | |
|---|---|---|---|---|
| 17 | Other additional taxes: | | | |
| a | Recapture of other credits. List type, form number, and amount: | 17a | | |
| b | Recapture of federal mortgage subsidy. If you sold your home, see instructions | 17b | | |
| c | Additional tax on HSA distributions. Attach Form 8889 | 17c | | |
| d | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 | 17d | | |
| e | Additional tax on Archer MSA distributions. Attach Form 8853 | 17e | | |
| f | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 | 17f | | |
| g | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property | 17g | | |
| h | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A | 17h | | |
| i | Compensation you received from a nonqualified deferred compensation plan described in section 457A | 17i | | |
| j | Section 72(m)(5) excess benefits tax | 17j | | |
| k | Golden parachute payments | 17k | | |
| l | Tax on accumulation distribution of trusts | 17l | | |
| m | Excise tax on insider stock compensation from an expatriated corporation | 17m | | |
| n | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 | 17n | | |
| o | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR | 17o | | |
| p | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund | 17p | | |
| q | Any interest from Form 8621, line 24 | 17q | | |
| z | Any other taxes. List type and amount: | 17z | | |
| 18 | Total additional taxes. Add lines 17a through 17z | | | 18 | |
| 19 | Recapture of net EPE from Form 4255, line 1d, column (l) | | | 19 | |
| 20 | Section 965 net tax liability installment from Form 965-A | 20 | | |
| 21 | Add lines 4, 7 through 16, 18, and 19. These are your **total other taxes**. Enter here and on Form 1040 or 1040-SR, line 23; or Form 1040-NR, line 23b | | 21 | 93. |

**SCHEDULE C (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business

(Sole Proprietorship)

**Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.**

**Go to *www.irs.gov/ScheduleC* for instructions and the latest information.**

OMB No. 1545-0074
**2025**
Attachment Sequence No. **09**

| | | | |
|---|---|---|---|
| | Name of proprietor: MINA R BEHNAM | | **Social security number (SSN)**: 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 |
| A | Principal business or profession, including product or service (see instructions): DENTAL ASSISTANT | | **B Enter code from instructions**: 9 9 9 0 0 0 |
| C | Business name. If no separate business name, leave blank. | | **D Employer ID number (EIN)** (see instr.) |
| E | Business address (including suite or room no.) | | |
| | City, town or post office, state, and ZIP code | | |
| F | Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) | | |
| G | Did you "materially participate" in the operation of this business during 2025? If "No," see instructions for limit on losses | | [X] Yes [ ] No |
| H | If you started or acquired this business during 2025, check here | | [ ] |
| I | Did you make any payments in 2025 that would require you to file Form(s) 1099? See instructions | | [ ] Yes [X] No |
| J | If "Yes," did you or will you file required Form(s) 1099? | | [ ] Yes [ ] No |

## Part I Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked [ ] | 1 | 657. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 657. |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 657. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 657. |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| | | | | b | Deductible meals (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities | 25 | |
| 16 | Interest (see instructions): | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27a | Energy efficient commercial bldgs deduction (attach Form 7205) | 27a | |
| b | Other | 16b | | | | | |
| 17 | Legal and professional services | 17 | | b | Other expenses (from line 48) | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b | 28 | 0. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 657. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of (a) your home: ______ and (b) the part of your home used for business: ______ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | 31 | 657. |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | 32a [ ] All investment is at risk. 32b [ ] Some investment is not at risk. |

**SCHEDULE SE (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Self-Employment Tax

**Attach to Form 1040, 1040-SR, 1040-SS, or 1040-NR.**
**Go to *www.irs.gov/ScheduleSE* for instructions and the latest information.**

OMB No. 1545-0074
2025
Attachment Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040, 1040-SR, 1040-SS, or 1040-NR): MINA R BEHNAM

Social security number of person with **self-employment** income: 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

## Part I Self-Employment Tax

**Note:** If your only income subject to self-employment tax is **church employee income**, see instructions for how to report your income and the definition of church employee income.

A If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 1a | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | | | 1a | |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AQ | | | 1b | ( ) |
| | Skip line 2 if you use the nonfarm optional method in Part II. See instructions. | | | | |
| 2 | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | | | 2 | 657. |
| 3 | Combine lines 1a, 1b, and 2 | | | 3 | 657. |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 | | | 4a | 607. |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | | | |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here | | | 4b | |
| c | Combine lines 4a and 4b. If less than $400, **stop**; you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income**, enter -0- and continue | | | 4c | 607. |
| 5a | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income | 5a | | | |
| b | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- | | | 5b | |
| 6 | Add lines 4c and 5b | | | 6 | 607. |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2025 | | | 7 | 176,100. |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $176,100 or more, skip lines 8b through 10, and go to line 11 | 8a | 6,603. | | |
| b | Unreported tips subject to social security tax from Form 4137, line 10 | 8b | | | |
| c | Wages subject to social security tax from Form 8919, line 10 | 8c | | | |
| d | Add lines 8a, 8b, and 8c | | | 8d | 6,603. |
| 9 | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 | | | 9 | 169,497. |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124) | | | 10 | 75. |
| 11 | Multiply line 6 by 2.9% (0.029) | | | 11 | 18. |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4**, or **Form 1040-SS, Part I, line 3** | | | 12 | 93. |
| 13 | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 15** | 13 | 47. | | |

**Part II Optional Methods To Figure Net Earnings** (see instructions)

**Farm Optional Method.** You may use this method **only** if (**a**) your gross farm income[1] wasn't more than $10,860, **or** (**b**) your net farm profits[2] were less than $7,840.

| | | | |
|---|---|---|---|
| 14 | Maximum income for optional methods | 14 | |
| 15 | Enter the **smaller** of: two-thirds (2/3) of gross farm income[1] (not less than zero) **or** $7,240. Also, include this amount on line 4b above | 15 | |

**Nonfarm Optional Method.** You may use this method **only** if (**a**) your net nonfarm profits[3] were less than $7,840 and also less than 72.189% of your gross nonfarm income,[4] **and** (**b**) you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| | | | |
|---|---|---|---|
| 16 | Subtract line 15 from line 14 | 16 | |
| 17 | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above | 17 | |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.
[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.
[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.
[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.



CDA

## Part IV Allocation of Policy Amounts

Complete the following information for up to four policy amount allocations. See instructions for allocation details.

**Allocation 1**

| | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| 30 | 40513CA0380004P | 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 | February | October |

| Allocation percentage applied to monthly amounts | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |
|---|---|---|---|
| | | | 0 |

**Allocation 2**

| | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| 31 | | | | |

| Allocation percentage applied to monthly amounts | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |
|---|---|---|---|
| | | | |

**Allocation 3**

| | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| 32 | | | | |

| Allocation percentage applied to monthly amounts | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |
|---|---|---|---|
| | | | |

**Allocation 4**

| | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| 33 | | | | |

| Allocation percentage applied to monthly amounts | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |
|---|---|---|---|
| | | | |

34 Have you completed all policy amount allocations?

☒ **Yes.** Multiply the amounts on Form 1095-A by the allocation percentages entered by policy. Add all allocated policy amounts and non-allocated policy amounts from Forms 1095-A, if any, to compute a combined total for each month. Enter the combined total for each month on lines 12–23, columns (a), (b), and (f). Compute the amounts for lines 12–23, columns (c)–(e), and continue to line 24.

☐ **No.** See the instructions to report additional policy amount allocations.

## Part V Alternative Calculation for Year of Marriage

Complete line(s) 35 and/or 36 to elect the alternative calculation for year of marriage. For eligibility to make the election, see the instructions for line 9. To complete line(s) 35 and/or 36 and compute the amounts for lines 12–23, see the instructions for this Part V.

| | | (a) Alternative family size | (b) Alternative monthly contribution amount | (c) Alternative start month | (d) Alternative stop month |
|---|---|---|---|---|---|
| 35 | **Alternative entries for your SSN** | | | | |
| 36 | **Alternative entries for your spouse's SSN** | | | | |

# Exhibit K

Outlook

## Registration Confirmation Notice

From noreply@westernu.edu <noreply@westernu.edu>
Date Tue 7/21/2026 8:06 AM
To Mina Behnam <mina.behnam@westernu.edu>

Dear Mina Behnam,

**Student ID:** @00409920
**Program:** DMD-IDP
DMD-IDP 2028

Thank you for completing your registration! The Registrar's Office has updated your registration records to include your curriculum for the **Fall 2026 term.**

**Please read the following sections carefully as you will be held responsible for the information contained therein.**

## Mandatory Coverage

Maintaining comprehensive health insurance coverage is mandatory for all full-time WesternU students, and all students **MUST** be covered by **an ACA compliant domestic health insurance plan** for the entire academic year (8/1/2026 - 7/31/2027), including summer and holidays.

All full-time WesternU students are required to enroll in the Student Health Insurance Plan unless an acceptable Waiver is provided by the designated deadline. Part-time WesternU students, those enrolled in programs where the entire curriculum is delivered online, and students only enrolled in thesis/dissertation and continuous registration courses are exempt from the University's comprehensive health insurance requirement. **However**, all WesternU students may enroll in the student health insurance plan, regardless of their exemption status.

### Enrolling in the Student Health Insurance Plan

If you wish to enroll in the student health insurance plan for the 2026/2027 academic year, you must submit your enrollment at the **Health Sciences Assurance Consulting** (HSAC) website. Your plan materials (brochure, ID card) will become available as soon as the academic year begins. **Students enrolling after the plan begins will have their coverage backdated to the start of the plan unless they have experienced an involuntary loss of coverage**.

### Waiving out of the Student Health Insurance Plan

If you are a continuing student and waived out of the student health insurance plan during the previous academic year, **you will not need to resubmit your waiver unless your insurance information has changed**. Our insurance administrator, HSAC, will run a verification on your existing coverage and determine if it still meets the University's requirements. If so, they will approve your waiver for the current academic year.

Students who were required to submit either a High Deductible Appeal Form (HDAP) or proof of a Health Savings Account to qualify for a previous waiver will need to resubmit these documents for the 2026/2027 waiver. Once we receive your waiver approval notification from HSAC, we will reverse the charge on your account.

If (1) you did not submit a waiver during the 2025/2026 academic year or (2) your insurance information has changed, you have until your program's posted health insurance waiver deadline to submit your waiver via the Health Sciences Assurance Consulting (HSAC) website. **Waivers must be submitted to HSAC to be considered. Waivers submitted to the Office of the Registrar, your college, or Student Employee Health (SEHO) will not be accepted**.

Additional information regarding the Student Health Insurance Requirements and Waiver Process, including the deadline for each program's waiver, for the 2026/2027 academic year can be found on our Student Health Insurance Requirements webpage.

**Automation Fee Assessment**
**All full-time WesternU students will automatically be assessed the fall 2026 premium for the student health insurance plan during fall 2026 registration. The fall 2026 premium charge will only be reversed upon receipt of an acceptable waiver by the posted waiver deadline.**

If an acceptable waiver is not received by the posted waiver deadline, your enrollment in the student health insurance plan will be finalized, you will no longer be eligible for a refund of the fall Fall 2026 premium, and your student account will automatically be assessed the applicable Spring 2027 premium during registration for the Spring 2027 term.

## Fitness Benefits

You can take advantage of the optional fitness benefits offered to students. Please visit the University Student Life & Student leadership website for complete details (Fitness Benefits). Be sure to note the posted deadlines and restrictions before purchasing your membership.

## Student Parking

For information on the parking options available for Pomona campus students, please visit the Student Parking website.

## Tuition and Fee Payment

You can view and/or pay your current account balance on the My Portal ([my.westernu.edu]my.westernu.edu). Once on your dashboard, go to the "CASHNet Student Account" card. If you do not see a "CASHNet Student Account" card on your dashboard, click the menu button in the top left-hand corner, and select "Discover." You will then be able to search for the "CASHNet Student Account" card by entering 'CASHNet' in the "Find cards" field. Once available, select "CASHNet Student Account." You will then land on your student account 'Overview' page.

For additional information on payment options and/or deadlines, please visit the **Bursar's Office** website or contact them via e-mail at **BursarsOffice@westernu.edu**.

## Questions/Concerns?

As always, the Registrar's Office is here to help! If you have any questions or concerns regarding

CDM

Western University
OF HEALTH SCIENCES

Mina

Behnam



a000409920

# Exhibit L

KAISER PERMANENTE®

**Member name:** Mina Rafik Wadie Behnam

**Date of birth:** 5/25/1993

**Primary care physician:** CURTIS EDWARD WONG DO, D.O.

**Date printed:** 10/5/2026

KAISER PERMANENTE®

9/30/2026 MR#000032047374

Re: Mina Rafik Wadie Behnam
190 City Blvd W Apt 214
Orange CA 92868-7912

To Whom This May Concern:

Patient with bruising and blisters on right ankle due to trauma cause by ankle monitor bracelet.

Sincerely,

DONG TRIEU LU MD
12100 EUCLID ST
GARDEN GROVE CA 92840-3304
833-574-2273

Certain content delivered by MyChart®, licensed from Epic Systems Corporation, © 1999 to August 2025, patents pending.

Explore topics, care, coverage Search

< Appointment > < Past visits

KAISER PERMANENTE®

**Member name:** Mina Rafik Wadie Behnam

**Date of birth:** 5/25/1993

**Primary care physician:** CURTIS EDWARD WONG DO, D.O.

**Date printed:** 10/2/2026

# Video Visit - Sep 30, 2026

with DONG TRIEU LU MD at Family Practice

Notes from Care Team

Progress Notes by DONG TRIEU LU MD at 9/30/2026 6:04 PM

**VIDEO APPOINTMENT**

TELEHEALTH CONSENT

Before continuing with the telehealth service:

1. It was explained to the p Website Feedback are available face-to-face appointments to render the same health care services as this telehealth encounter.

2.The patient consented to have their health care services via telehealth for this encounter.

Mina Rafik Wadie Behnam is a 33 year old male

**Chief Complaint**
Patient presents with
- RASH

Mina Rafik Wadie Behnam is a 33 year old male here c/o of having recurring blister, bruising irritation on right ankle due to having to wear an ankle monitor.

Patient Active Problem List:
OBESITY, BMI 30-34.9, ADULT
HX OF SEIZURE

Visual exam: small blister on right ankle, bruises as well.

A/p
RIGHT ANKLE BLISTER, INIT (primary encounter diagnosis)
TRAUMATIC ECCHYMOSIS, INIT
Note: recommend topical treatment. Injury is due to wearing ankle monitor.

9/20/2026

9/30/2026
DONG TRIEU LU MD

# Exhibit M

# Zinc-Polymyxin B (NEOSPORIN, NEO-BAC-POLYM,) 3.5mg-400 unit- 5,000 unit/gram Top Oint

## Prescription Details

For: MINA BEHNAM
Prescribed By: DONG TRIEU LU MD
Prescribed On: 09/30/2026
Refills Remaining: 0

## Order Status

This prescription cannot be ordered at this time. For questions, call the pharmacy number shown

# Exhibit N

















# Exhibit O

**Member name:** Mina Rafik Wadie Behnam

**Date of birth:** 5/25/1993

**Primary care physician:** CURTIS EDWARD WONG DO, D.O.

**Date printed:** 10/5/2026

KAISER PERMANENTE®

10/04/26
Mina Rafik Wadie Behnam
DOB 5/25/1993

To Whom It May Concern,

I am writing this letter on behalf of Mina Rafik Wadie Behnam as his primary care physician. Patient is currently experiencing significant physical injury to the right ankle associated with its continued use. The device is causing ongoing pressure and chronic friction trauma to the right ankle, resulting in open blisters, skin breakdown, and significant bruising.

The presence of open skin wounds presents an increased risk of secondary infection, particularly given the patient's work and clinical responsibilities as a dental student, which involves close contact with patients in a healthcare environment. Avoiding continued trauma to the affected area is medically important to reduce the risk of infection and to allow the injured skin to heal.

Please contact my office if additional medical information is required.

Sincerely,
Wong, Curtis Edward (D.O.)
Primary Care
**Garden Grove Medical Office**
12100 Euclid St.
Garden Grove, CA 92840
1-833-574-2273

Certain content delivered by MyChart®, licensed from Epic Systems Corporation, © 1999 to August 2025, patents pending.

**Member name:** Mina Rafik Wadie Behnam

**Date of birth:** 5/25/1993

**Primary care physician:** CURTIS EDWARD WONG DO, D.O.

**Date printed:** 10/5/2026

# Office Visit - Oct 04, 2026

with CHARLENE KIANG MD at Urgent Care - Garden Grove

## Progress Notes by CHARLENE KIANG MD at 10/4/2026 8:47 PM

MINA RAFIK WADIE BEHNAM
MRN: 000032047374
DOB: 5/25/1993
PMD: Wong, Curtis Edward (D.O.)

HPI:
Mina Rafik Wadie Behnam is a 33 year old male with chief complaint of ANKLE PAIN
Right ankle pain from wearing an ankle monitor for a week. Placed on 9/25. Causing pain due to pressure on ankle, especially when walking. Causes skin breakdown and bleeding. States skin is better at this time as he has been trying multiple methods to help prevent skin friction.
Due to pain, blood pressure at home elevated to 130-140s.
No fever or vomiting.

Patient Active Problem List:
OBESITY, BMI 30-34.9, ADULT
HX OF SEIZURE

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ANAL FISSURECTOMY | | 2023 |
| • HEMORRHOIDECTOMY | | 2023 |

ALL: No Known Allergies

**Outpatient Medications Marked as Taking for the 10/4/26**

KAISER PERMANENTE

# AFTER VISIT SUMMARY

**Mina R. Behnam** MRN: 000032047374

10/4/2026 8:20 PM URGENT CARE - GARDEN GROVE

## Instructions from CHARLENE KIANG MD

Your personalized instructions can be found at the end of this document.

Read the attached information
Additional instructions from CHARLENE KIANG MD

Return in about 2 days
(around 10/6/2026).

## Today's Visit

You saw CHARLENE KIANG MD on Sunday October 4, 2026. The following issues were addressed:

- ABRASION (SCRAPE)
- BLOOD PRESSURE ELEVATION
- RIGHT ANKLE JOINT PAIN

| | | | |
|---|---|---|---|
| Blood Pressure 144/101 | BMI 33.40 | Weight 227 lb 1.2 oz | Temperature (Temporal) 98.7 °F |
| Pulse 98 | Respiration 18 | Oxygen Saturation 100% | |

## What's Next

You currently have no upcoming appointments scheduled.

# Medications

## Visit Medication List Patient reported, restarted, and new medications relevant to this visit. This may not reflect all medications the patient is taking.

| | Dosage |
|---|---|
| **Neomycin-Bacitracin Zinc-Polymyxin B (NEOSPORIN, NEO-BAC-POLYM,) 3.5mg-400 unit- 5,000 unit/gram Top Oint (Taking)** | Apply to wound two times a day |

## New Orders

Normal Orders This Visit

**NURSING COMMUNICATION ORDER [210749 Custom]**

**NURSING COMMUNICATION ORDER [210749 Custom]**

Common Medication Direction Abbreviations
PO = Orally, QD = Once/day, BID = Twice/day, TID = 3x/day, QID = 4x/day, PRN = as needed
QHS = Every night at bedtime, AC = Before meals, PC = After meals, c = With, s = Without

## Allergies as of 10/4/2026

Reviewed by Nguyen, Joseph Phuc (R.N.), R.N. on 10/4/2026

No Known Allergies

kp.org
View your After Visit Summary and more online at https://healthy.kaiserpermanente.org/cs/.

Instructions from CHARLENE KIANG MD

# Scrapes (Abrasions): Care Instructions

## Overview

Scrapes (abrasions) are wounds where your skin has been rubbed or torn off. Most scrapes do not go deep into the skin, but some may remove several layers of skin.

Scrapes usually don't bleed much, but they may ooze pinkish fluid. Scrapes on the head or face may appear worse than they are. They may bleed a lot because of the good blood supply to this area.

Most scrapes heal well and may not need a bandage. They usually heal within 3 to 7 days. A large, deep scrape may take 1 to 2 weeks or longer to heal. A scab may form on some scrapes.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

## How can you care for yourself at home?

- If your doctor told you how to care for your wound, follow your doctor's instructions. If you did not get instructions, follow this general advice:
    - Wash the scrape with clean water 2 times a day. Don't use hydrogen peroxide or alcohol, which can slow healing.
    - You may cover the scrape with a thin layer of petroleum jelly, such as Vaseline, and a nonstick bandage.
    - Apply more petroleum jelly and replace the bandage as needed.
- Prop up the injured area on a pillow anytime you sit or lie down during the next 3 days. Try to keep it above the level of your heart. This will help reduce swelling.
- Be safe with medicines. Take pain medicines exactly as directed.
    - If the doctor gave you a prescription medicine for pain, take it as prescribed.
    - If you are not taking a prescription pain medicine, ask your doctor if you can take an over-the-counter medicine.

## When should you call for help?

**Call your doctor now** or seek immediate medical care if:

- You have signs of infection, such as:
    - Increased pain, swelling, warmth, or redness around the scrape.
    - Red streaks leading from the scrape.
    - Pus draining from the scrape.
    - A fever.
- The scrape starts to bleed, and blood soaks through the bandage. Oozing small amounts of blood is normal.

Watch closely for changes in your health, and be sure to contact your doctor if the scrape is not getting better each day.

## Where can you learn more?

Go to https://kp.org/health

Enter **A374** in the search box to learn more about "**Scrapes (Abrasions): Care Instructions**."

Current as of: July 31, 2024
Content Version: 14.3

© 2024 Ignite Healthwise, LLC.
Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Ignite Healthwise, LLC, disclaims any warranty or liability for your use of this information.

## Your Kaiser Permanente Care Instructions

## Elevated Blood Pressure: Care Instructions

## Your Care Instructions

Blood pressure is a measure of how hard the blood pushes against the walls of your arteries. It's normal for blood pressure to go up and down throughout the day. But if it stays up over time, you have high blood pressure.

Two numbers tell you your blood pressure. The first number is the systolic pressure. It shows how hard the blood pushes when your heart is pumping. The second number is the diastolic pressure. It shows how hard the blood pushes between heartbeats, when your heart is relaxed and filling with blood. An ideal blood pressure in adults is less than 120/80 (say "120 over 80"). High blood pressure is 140/90 or higher. You have high blood pressure if your top number is 140 or higher or your bottom number is 90 or higher, or both.

The main test for high blood pressure is simple, fast, and painless. To diagnose high blood pressure, your doctor will test your blood pressure at different times. After testing your blood pressure, your doctor may ask you to test it again when you are home.

If you are diagnosed with high blood pressure, you can work with your doctor to make a long-term plan to manage it.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

## How can you care for yourself at home?

- Do not smoke. Smoking increases your risk for heart attack and stroke. If you need help quitting, talk to your doctor about stop-smoking programs and medicines. These can increase your chances of quitting for good.
- Stay at a healthy weight.
- Try to limit how much sodium you eat to less than 2,300 milligrams (mg) a day. Your doctor may ask you to try to eat less than 1,500 mg a day.
- Be physically active. Get at least 30 minutes of exercise on most days of the week. Walking is a good choice. You also may want to do other activities, such as running, swimming, cycling, or playing tennis or team sports.
- Avoid or limit alcohol. Talk to your doctor about whether you can drink any alcohol.
- Eat plenty of fruits, vegetables, and low-fat dairy products. Eat less saturated and total fats.
- Learn how to check your blood pressure at home.

## When should you call for help?

**Call your doctor now** or seek immediate medical care if:

- Your blood pressure is much higher than normal (such as 180/110 or higher).
- You think high blood pressure is causing symptoms such as:
  - Severe headache.
  - Blurry vision.

Watch closely for changes in your health, and be sure to contact your doctor if:

- You do not get better as expected.

## Where can you learn more?

Go to http://www.kp.org

Enter **F644** in the search box to learn more about "**Elevated Blood Pressure: Care Instructions**."


This is confidential information. Do not throw away in a Kaiser Permanente trash can.

Current as of: May 10, 2017

Content Version: 11.6

© 2006-2018 Healthwise, Incorporated. Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

# General Information

**Not registered for KP.ORG yet? Go to KP.ORG/REGISTERNOW to get started**

Order medications, check test results, schedule appointments and much more online.

**Skip the trip. Have our pharmacy come to you**

To have new and refill prescriptions mailed to your home, go to https://kp.org/Rxrefill.

**Adults should participate in a total of at least 30 minutes of moderate intensity exercise** a day (such as brisk walking) for five or more days each week, unless instructed otherwise by your doctor. THRIVE!

**Children should participate in at least 60 minutes of moderate intensity exercise** every day, unless instructed otherwise by your doctor. THRIVE!

**Support to Find Community Resources**

At Kaiser Permanente, we are also here to support you with social needs like transportation, housing, food, and other essentials. We can partner with you to locate programs and services near you. Call 1-800-340-4231 and speak to a specialist available Monday through Friday, 8am-5pm or search for resources on your own at https://kp.org/communityresources.

**Protect yourself and your family from the flu. Get vaccinated**

For information about hours and locations, please visit https://kp.org/flu.

**Open Payments Database**

The Open Payments Database is a federal tool used to search payments made by drug and device companies to physicians and teaching hospitals. It can be found at https://openpaymentsdata.cms.gov.

# Office Visit - Oct 04, 2026

with CHARLENE KIANG MD at Urgent Care - Garden Grove

Notes from Care Team

## Progress Notes by CHARLENE KIANG MD at 10/4/2026 8:47 PM

MINA RAFIK WADIE BEHNAM
MRN: 000032047374
DOB: 5/25/1993
PMD: Wong, Curtis Edward (D.O.)

HPI:
Mina Rafik Wadie Behnam is a 33 year old male with chief complaint of ANKLE PAIN
Right ankle pain from wearing an ankle monitor for a week. Placed on 9/25.
Causing pain due to pressure on ankle, especially when walking. Causes skin breakdown and bleeding. States skin is better at this time as he has been trying multiple methods to help prevent skin friction.
Due to pain, blood pressure at home elevated to 130-140s.
No fever or vomiting.