JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MINA RAFIK WADIE BEHNAM,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ JR., ETC., ET AL.,<br>Respondents. | No. SA CV 26-2916-E<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is granted in part. Respondents are ordered immediately to release Petitioner (A# 233-837-400) from the conditions of ISAP (including but not limited to the ankle monitor), and Respondents are enjoined from imposing an ankle monitor or other ISAP conditions on Petitioner without a prior determination by an immigration judge that such conditions are appropriate for Petitioner.

DATED: October 15, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE